**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **LAX In-Flite Services, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Royal Airline Linen, Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-2239367** |

4. Debtor's address

Principal place of business

**125 North Ash Ave**
**Inglewood, CA 90301**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **LAX In-Flite Services, LLC**                                   Case number (*if known*) _____
_____
Name

---

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____                          Relationship _____

District _____  When _____  Case number, if known _____

---

Debtor    **LAX In-Flite Services, LLC**    Case number (*if known*) _____
     Name

**11. Why is the case filed in this district?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
                                   Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **LAX In-Flite Services, LLC**                                    Case number (*if known*)
_____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/9/2021
                   MM / DD / YYYY

X _____            **Mark Berlin**
Signature of authorized representative of debtor      Printed name

Title   **Authorized Representative**


**18. Signature of attorney**   X _____
                                     Signature of attorney for debtor            Date _____
                                                                                        MM / DD / YYYY

**Jeremy Rothstein**
Printed name

**G&B Law, LLP**
Firm name

**16000 Ventura Boulevard
Suite 1000
Encino, CA 91436**
Number, Street, City, State & ZIP Code

Contact phone   **818-382-6200**            Email address   **jrothstein@gblawllp.com**

**316140 CA**
Bar number and State

| Fill in this information to identify the case: |
| --- |

Debtor name    **LAX In-Flite Services, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
| --- | --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2/5/2021    x _____
                                              Signature of individual signing on behalf of debtor

                                              **Mark Berlin**
                                              Printed name

                                              **Authorized Representative**
                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **LAX In-Flite Services, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Antonio Marquez II 4710 W 137th Place Apt. C Hawthorne, CA 90250 | | | | | | $20,285.00 |
| County Sanitation Distribution Sanitation District of Los Angeles 1955 Workman Mill Road Whittier, CA 90607-4998 | Robert C Ferrante 562-699-7411 | | | | | $232,811.00 |
| Diamond Chemical Company, Inc. P.O. Box 7428 East Rutherford, NJ 07073 | AR@diamondchem .com 201-935-4300 | | | | | $20,280.77 |
| First Packaging Systems Inc. 12615 Colony Street Chino, CA 91710 | dthomas@1stpkg.c om 909-613-5955 | | | | | $26,445.06 |
| Franchise Tax Board Bankruptcy Section, MS: A-340 P.O. Box 2952 Sacramento, CA 95812-2952 | 800-852-5711 | | | | | $29,860.01 |
| Georgia Rigging Inc. P.O. Box 886 Palmetto, GA 30268 | 770-774-9276 | | | | | $15,800.00 |
| Innovative Consultants Inc. 3740 Campus Drive Suite 200 Newport Beach, CA 92660 | robert.t@icigroup.c om 949-756-8750 | | | | | $16,124.86 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **LAX In-Flite Services, LLC**                                     Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Isla Bella, LLC 23614 Pennsylvania Ave. Torrance, CA 90501** | | | | | | **$16,000.00** |
| **Katherine Cunningham P.O. Box 3262 Redondo Beach, CA 90277** | | **Payments 5/17/18-8/16/2019** | | | | **$215,000.00** |
| **KWM CPAs LLP 100 Jericho Quadrangle Suite 220 Jericho, NY 11753** | **516-333-6100** | | | | | **$58,462.26** |
| **KWM CPAs LLP 100 Jericho Quadrangle Suite 220 Jericho, NY 11753** | | | | | | **$51,332.75** |
| **LA County Tax Collector P.O. Box 54110 Los Angeles, CA 90054-0110** | **213-893-7935** | | | | | **$20,864.30** |
| **On Board Media, Inc. 20 Horse Hill Road Brookville, NY 11545** | | **Payments 7/2/18** | | | | **$165,000.00** |
| **Penske Truck Leasing CO., L.P. P.O. Box 7429 Pasadena, CA 91109-7429** | **carie.kasioumis@penske.com 310-327-3210** | | | | | **$41,814.86** |
| **Royal Airline Linen 125 N Ash Avenue Inglewood, CA 90301** | | | | | | **$13,337.17** |
| **Samuel Pearce Trust 1195 E Cooper Ave Unit A Aspen, CO 81611** | **970-925-6889** | | | | | **$23,790.00** |
| **SBA c/o Bank of America Attn: Joseph Pinzone 300 Broad Hollow Road Melville, NY 11747** | | **PPP Loan** | | | | **$1,491,670.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **LAX In-Flite Services, LLC**                                    Case number *(if known)*    _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Softrol Systems, Inc.** **1100 North Point Parkway** **Acworth, GA 30102** | **egreenhut@softrol. com** **770-974-2700** | | | | | **$45,974.60** |
| **Travelers** **P.O. Box 2958** **Hartford, CT 06104-2958** | **888-661-3938** | | | | | **$52,430.00** |
| **Utica National Insurance Group** **P.O. Box 6532** **Utica, NY 13504-6532** | **1-800-598-8422** | | | | | **$549,932.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California

In re    **LAX In-Flite Services, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    _2/5/2021_

Signature    _____
**Mark Berlin**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries. (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____, California.

Date: _____2/5/2021_____

Mark Berlin
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                        Page 1                          F 1015-2.1.STMT.RELATED.CASES

**Fill in this information to identify the case:**

Debtor name    LAX In-Flite Services, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.....................................................................................    $        **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................    $      **212,676.35**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................    $      **212,676.35**

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*......................    $        **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................    $    **1,780,353.33**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................    +$    **4,752,493.32**

4. **Total liabilities** ...........................................................................................
   Lines 2 + 3a + 3b      $    **6,532,846.65**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **LAX In-Flite Services, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* | |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **3.** | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Bank of America** Book Balance: 60,621.50 | | 4294 | $60,621.50 |
| 3.2. | **Bank of America** Book Balance: $5,766.18 | | 4304 | $5,766.18 |
| 3.3. | **Signature Bank MMA** Bank Balance: $969.93 | | 1066 | $969.93 |

| **4.** | **Other cash equivalents** *(Identify all)* | |
|---|---|---|

| **5.** | **Total of Part 1.** | |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $67,357.61 |

**Part 2:**    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

| **7.** | **Deposits, including security deposits and utility deposits** Description, including name of holder of deposit | |
|---|---|---|
| 7.1. | **125 North Ash Ave. - Real Estate Lease Security Deposit - Samuel Barnett Pearce Trust** | $15,261.74 |

| Debtor | **LAX In-Flite Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 7.2. | **120 North Ash Ave. - Real Estate Security Deposit - Ash Avenue Partners LLC (Truck Lease)** | | $5,657.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$20,918.74

**Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | Unknown |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | Unknown |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$0.00

**Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                  page 2

Debtor   **LAX In-Flite Services, LLC**                                    Case number *(If known)* _____
_____
   Name

| | | |
|---|---|---|
| **6 Barrels of Soap - need interest / current value** | $0.00 | $0.00 |
| **Conditioner - need interest / current value** | $0.00 | $0.00 |
| **Chemical Supplies: Bleach, Activate Plus, Star Lite, Hydrogen Peroxide & Sour** | $3,062.95   Cost | $0.00 |
| **Plastic Supplies: Rolls of 26", Rolls of 24", Rolls of 16x12x57, Rolls of 12x10x46, Rolls of Linen Cart Liners, Rolls of Cart Covers** | $22,116.78   Cost | $0.00 |

23.   **Total of Part 5.**                                                   | $0.00 |

   Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ■ Yes. Book value _____5,000.00_____  Valuation method ___cost___   Current Value ___1,000.00___

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

46. Does the debtor own or lease any machinery, equipment, or vehicles?

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | **LAX In-Flite Services, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**See Equipment List Attachment** | $0.00 | Liquidation | $124,400.00 |

| 51. | **Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | $124,400.00 |
|---|---|---|

52. Is a depreciation schedule available for any of the property listed in Part 8?
☐ No
☑ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
☑ No
☐ Yes

**Part 9:    Real property**

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **125 North Ash Ave.,<br>Ingelwood, CA -<br>Tenant - need to fill<br>out amounts /<br>interest** | | $0.00 | | $0.00 |
| 55.2. | **120 North Ash Ave.,<br>Ingelwood, CA -<br>Tenant - need to fill<br>out amounts /<br>interest** | | $0.00 | | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **LAX In-Flite Services, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets **Trade Name - Royal Airline Linen** | **Unknown** | | **Unknown** |
| **61.** Internet domain names and websites | | | |
| **62.** Licenses, franchises, and royalties **LAX Airport Permit** | **$0.00** | | **$0.00** |
| **63.** Customer lists, mailing lists, or other compilations | | | |
| **64.** Other intangibles, or intellectual property | | | |
| **65.** Goodwill | | | |

**66.** **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.** **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
☐ No
☑ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor   __LAX In-Flite Services, LLC_____   Case number *(if known)* _____
       Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$67,357.61** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$20,918.74** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$124,400.00** | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$212,676.35** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$212,676.35** |

In re    **LAX In-Flite Services, LLC**                                    Case No. _____

_____
                                         Debtor(s)

## SCHEDULE A/B - PROPERTY
### Equipment List

**1. Equipment & Fair Market Value (FMV) and Orderly Liquidated Value (OLV)**

**Washroom:**

| | OLV |
|---|---|
| (3) 2018 Milnor 42030V6V, 160lb. Washer Extractors | $ 21,000 |
| (1) 2013 Milnor 42030V6J, 160lb. Washer Extractor | $  6,000 |
| (3) 2011 Milnor 42026V6J, 135lb. Washer Extractors | $ 15,000 |
| (1) 2008 Milnor 42026V6J, 135lb. Washer Extractor | $  5,000 |
| (1) 2005 Milnor 42026V6J, 135lb. Washer Extractor | $  4,000 |
| (1) 1998 Milnor 42026Q4J, 135lb. Washer Extractor | $  1,500 |
| (1) 1997 Milnor 42026Q4J, 135lb. Washer Extractor | $  1,500 |
| (1) 1992 Milnor 42026Q6P, 135lb. Washer Extractor | $  1,000 |
| (1) Milnor 42026Q6J, 135lb. Washer Extractor | $  1,000 |
| (1) 2006 Milnor 60044WP2S, 450lb. Washer Extractor | $  7,500 |
| (1) 1992 Milnor 36026Q4J, 95lb. Washer Extractor | $  1,000 |
| (2) 2004 Washex FLPS1200, 275lb. Washer Extractors | $ 15,000 |
| (3) 2006 Milnor MLG-175, 175lb. Gas Heated Dryers | $  4,500 |
| (1) 2003 Milnor MLG-175, 175lb. Gas Heated Dryers | $  1,500 |
| (4) ADC, ADG200, 200lb. Gas Heated Dryers | $ 12,000 |
| (1) Milnor MLG122, 120lb. Gas Heated Dryer | $  1,000 |
| (1) Milnor MLG122, 120lb. Gas Heated Dryer | $  1,000 |
| (1) Milnor MLG122, 120lb. Gas Heated Dryer | $  1,000 |
| (3) 1991 Cissell 170lb. Gas Heated Dryers | $  3,000 |
| (1) 1991 Cissell 120lb. Gas Heated Dryer | $  1,000 |
| (2) 1995 Consolidated 264GP, 600lb Gas Heated Dryers, Refurbished | $ 20,000 |
| (2) TEA F80 Lint Traps | $  1,000 |
| (1) Energenics FRP-25 Lint Trap | $  1,000 |

**DryCleaning:**

| | |
|---|---|
| (1) 2007 Realstar KT403, 45lb. Dry Cleaning Machine | $  2,500 |
| (1) 2006 Union HL860, 55lb. Dry Cleaning Machine | $  3,500 |

**Flatwork and Finishing:**

| | |
|---|---|
| (1) 1991 Chicago Imperial 232, 2-roll 32" Gas Heated Ironer | $  2,500 |
| (1) 2005 Chicago CENTII52GAS, 2-roll, 52" Gas/Oil Heated Ironer | $ 17,500 |
| (1) 2005 Jensen Classic S, Folder Crossfolder | $  4,000 |
| (1) Jensen Drape and Store, 5-lane Accumulator | $  1,500 |
| (1) 2001 Jensen TowelMaster Folder | $   250 |
| (1) 2000 Jensen Aero Blanket Folder | $   250 |
| (1) Forenta 44SP Press | $   250 |

**Power Plant:**

| | |
|---|---|
| (1) 2017 Pacific Steam PSE-36 Steam Boiler | $  1,000 |
| (1) 2010 Parker WH1900LR Boiler | $  2,500 |
| (1) 1988 Parker WH2270L Boiler | $   250 |
| (2) Ingersoll Rand 15hp Air Compressor | $  2,000 |
| (1) Arrow A-150 Air Dryer | $  1,000 |
| (1) Sullair Air 50hp Compressor | $  1,500 |

**Misc.:**

| | |
|---|---|
| (2) Texwrap 2201-2 Autosealers | $ 15,000 |
| (1) Shanklin S26 Bar Sealer | $ 5,000 |
| (1) Shanklin S24 Bar Sealer | $ 5,000 |
| (1) E-Tech Cart Dumper | $ 2,500 |
| (1) Belco Shrink Tunnel | $ 2,000 |
| (1) 1999 Eastly ET1202 Shrink Tunnel | $ 2,000 |
| (1) Eastly EM28TK Bar Sealer | $ 4,000 |
| (1) Soil Belt Conveyor | $ 2,000 |
| (1) Lennox LSA120C Chiller | $ 1,000 |

| | |
|---|---|
| Equipment Totals | $205,500 |
| Cost of Disconnection and Rigging | ($40,000) |
| Sales Commission (20%) | ($41,100) |
| **Net to LAX In-Flite** | **$124,400** |

**Fill in this information to identify the case:**

Debtor name __LAX In-Flite Services, LLC__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **LAX In-Flite Services, LLC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** | **$750.00** |
| **Capital Group Retirement Plan Serv.** P.O. Box 659530 San Antonio, TX 78265 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | ☑ No ☐ Yes | | |

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|
| **City of Inglewood** P.O. Box 743543 Los Angeles, CA 90074-3543 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |

| Debtor | LAX In-Flite Services, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **City of Los Angeles**<br>**P.O. Box 53233**<br>**Los Angeles, CA 90053-0233** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232,811.00 | $232,811.00 |
|---|---|---|---|---|
| | **County Sanitation Distribution**<br>**Sanitation District of Los Angeles**<br>**1955 Workman Mill Road**<br>**Whittier, CA 90607-4998** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,860.01 | $0.00 |
|---|---|---|---|---|
| | **Franchise Tax Board**<br>**Bankruptcy Section, MS: A-340**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | LAX In-Flite Services, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,398.02 | $4,398.02 |
|---|---|---|---|---|

**2.7** Priority creditor's name and mailing address

**LA County Tax Collector**
**P.O. Box 54110**
**Los Angeles, CA 90054-0110**

As of the petition filing date, the claim is: $4,398.02    $4,398.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address

**LA County Tax Collector**
**P.O. Box 54110**
**Los Angeles, CA 90054-0110**

As of the petition filing date, the claim is: $20,864.30    $20,864.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.9** Priority creditor's name and mailing address

**SBA**
**c/o Bank of America**
**Attn: Joseph Pinzone**
**300 Broad Hollow Road**
**Melville, NY 11747**

As of the petition filing date, the claim is: $1,491,670.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/4/2020**

Basis for the claim:
**PPP Loan**

Last 4 digits of account number **7702**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

**A-A Backflow Testing & Maintenance**
**2535 W. 237th Street**
**Suite 119**
**Torrance, CA 90505**

As of the petition filing date, the claim is: *Check all that apply.*    $187.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**American Express**
**P.O. Box 0001**
**Los Angeles, CA 90096**

As of the petition filing date, the claim is: *Check all that apply.*    $2,215.61
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | LAX In-Flite Services, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.86 |
|---|---|---|---|

**3.3** Nonpriority creditor's name and mailing address
Anthem Blue Cross
P.O. Box 5283
Carol Stream, IL 60197-5283

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$266.86**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Anthem Blue Cross
P.O. Box 5283
Carol Stream, IL 60197-5283

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$476.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Antonio Marquez II
4710 W 137th Place
Apt. C
Hawthorne, CA 90250

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$20,285.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Aqua Recycle LLC
P.O. Box 680903
Marietta, GA 30068

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$6,898.83**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
AT&T Mobility
P.O. Box 537104
Atlanta, GA 30353

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$312.03**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
Bank of America
Business Card
PO Box 15796
Wilmington, DE 19886-5796

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$11,067.54**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
C & L Refrigeration Corp.
P.O. Box 2319
Brea, CA 92822

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$2,487.84**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | LAX In-Flite Services, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.26 |
| | **California Water Service Company**<br>P.O. Box 940001<br>San Jose, CA 95194-0001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $525.00 |
| | **Chem Pro Laboratory**<br>941 W 190th Street<br>Gardena, CA 90248 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,503.18 |
| | **Consolidated Intern'l Corp.**<br>3804 Main Street<br>Chula Vista, CA 91911 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $86.68 |
| | **Culligan of Santa Ana, CA**<br>502 S Lyon St.<br>Santa Ana, CA 92701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,888.39 |
| | **DB Sales & Service**<br>11582 Markon Drive<br>Garden Grove, CA 92841 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,280.77 |
| | **Diamond Chemical Company, Inc.**<br>P.O. Box 7428<br>East Rutherford, NJ 07073 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Edgar Vallin**<br>c/o T. Joshua Ritz, Esq.<br>c/o Laleh B. Shokohi, Esq.<br>15233 Ventura Blvd., Suite 1002<br>Sherman Oaks, CA 91403 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Pending Lawsuit | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | LAX In-Flite Services, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Elite Airline Liner of Chicago**
3810 Carnation Street
Franklin Park, IL 60131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,824,641.94 |
|---|---|---|---|

**Elite Ariline Linen of New York Inc**
11-07 Redfern Avenue
Far Rockaway, NY 11691

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Starting 12/12/16-1/15/21__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $857,000.00 |
|---|---|---|---|

**Elite GG&K Associates**
11-07 Redfern Avenue
Far Rockaway, NY 11691

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Payments 5/21/18-3/25/19__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $722.10 |
|---|---|---|---|

**Elite Laundry of Florida Inc.**
7920 NW 76th Ave.
Medley, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520,095.07 |
|---|---|---|---|

**Elite Laundry Services of Atlanta**
4900 Bakers Ferry Road SW
Atlanta, GA 30315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,211.96 |
|---|---|---|---|

**Elite Laundry Services of Texas Inc**
1021 N Commercial Blvd.
Arlington, TX 76001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elvia Espinoza**
c/o Ramin R. Younessi, Esq.
c/o Liliuokalani Martin, Esq.
3435 Wilshire Blvd., Suite 2200
Los Angeles, CA 90010

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Pending Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | LAX In-Flite Services, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.24**

Nonpriority creditor's name and mailing address

**FireMaster**
12728 Shoemaker Ave.
Bldg C
Santa Fe Springs, CA 90670

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$550.85**

---

**3.25**

Nonpriority creditor's name and mailing address

**First Packaging Systems Inc.**
12615 Colony Street
Chino, CA 91710

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$26,445.06**

---

**3.26**

Nonpriority creditor's name and mailing address

**Flynn Scale Service**
16404 S Hawthorne Blvd
Lawndale, CA 90260

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$555.00**

---

**3.27**

Nonpriority creditor's name and mailing address

**Fortino Catalan**
23401 Mane Drive
Diamond Bar, CA 91765

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,212.00**

---

**3.28**

Nonpriority creditor's name and mailing address

**Georgia Rigging Inc.**
P.O. Box 886
Palmetto, GA 30268

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$15,800.00**

---

**3.29**

Nonpriority creditor's name and mailing address

**Guillermo J. Lopez Gutierrez**
c/o Joseph Lavi, Esq.
c/o Vincent Granberry, Esq.
8889 W. Olympic Blvd., Suite 200
Beverly Hills, CA 90211

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Pending Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.30**

Nonpriority creditor's name and mailing address

**Innovative Consultants Inc.**
3740 Campus Drive
Suite 200
Newport Beach, CA 92660

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$16,124.86**

---

| Debtor | LAX In-Flite Services, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |
|---|---|---|---|

**Isla Bella, LLC**
23614 Pennsylvania Ave.
Torrance, CA 90501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

**Basis for the claim:** _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,291.07 |
|---|---|---|---|

**Jensen USA, Inc.**
99 Aberdeen Loop
Panama City, FL 32405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

**Basis for the claim:** _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.01 |
|---|---|---|---|

**Kaiser Foundation Health Plan, Inc.**
File 5915
Los Angeles, CA 90074-5915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

**Basis for the claim:** _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215,000.00 |
|---|---|---|---|

**Katherine Cunningham**
P.O. Box 3262
Redondo Beach, CA 90277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

**Basis for the claim:** Payments 5/17/18-8/16/2019

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,805.40 |
|---|---|---|---|

**Kaufman Dolowich & Voluck, LLP**
11755 Wilshire Boulevard
Suite 2400
Los Angeles, CA 90025-1519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

**Basis for the claim:** _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,619.97 |
|---|---|---|---|

**KOE Connections, Inc.**
P.O. Box 1621
Port Washington, NY 11050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

**Basis for the claim:** _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,462.26 |
|---|---|---|---|

**KWM CPAs LLP**
100 Jericho Quadrangle
Suite 220
Jericho, NY 11753

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

**Basis for the claim:** _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | LAX In-Flite Services, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,332.75 |
|---|---|---|---|

**KWM CPAs LLP**
100 Jericho Quadrangle
Suite 220
Jericho, NY 11753

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $341.60 |
|---|---|---|---|

**LAX Equipment Inc.**
830 W Florence Ave.
Inglewood, CA 90301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Lee CPA Audit Group**
5056 Sunrise Blvd
Suite B1
Fair Oaks, CA 95628

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

**LSG Sky Chefs**
2990-B Airway Ave.
Costa Mesa, CA 92626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,696.00 |
|---|---|---|---|

**MEESE Inc.**
P.O. Box 824653
Philadelphia, PA 19182-4653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $202.52 |
|---|---|---|---|

**National Construction Rentals**
P.O. Box 4503
Pacoima, CA 91333-4503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165,000.00 |
|---|---|---|---|

**On Board Media, Inc.**
20 Horse Hill Road
Brookville, NY 11545

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Payments 7/2/18

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | LAX In-Flite Services, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,028.40 |
|---|---|---|---|

**Parker Boiler Co.**
5930 Bandini Boulevard
Los Angeles, CA 90040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,814.86 |
|---|---|---|---|

**Penske Truck Leasing CO., L.P.**
P.O. Box 7429
Pasadena, CA 91109-7429

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Potts & Associates Inc.**
P.O. Box 5820
Pasadena, CA 91117-0820

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.03 |
|---|---|---|---|

**Protection One Alarm Monitoring Inc**
P.O. Box 219044
Kansas City, MO 64121-9044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.23 |
|---|---|---|---|

**Protection One Alarm Monitoring Inc**
P.O. Box 219044
Kansas City, MO 64121-9044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.68 |
|---|---|---|---|

**Quadient**
P.O. Box 6813
Carol Stream, IL 60197-6813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $911.77 |
|---|---|---|---|

**Quill LLC**
P.O. Box 37600
Philadelphia, PA 19101-0600

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | LAX In-Flite Services, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,431.48 |
|---|---|---|---|

**Republic Services #902**
P.O. Box 78829
Phoenix, AZ 85062-8829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rosa Murcia**
c/o Jonathan J. Moon, Esq.
The Law Office Of Jonathan J. Moon
18000 Studebaker Road, Suite 700
Cerritos, CA 90703

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Pending Lawsuit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,337.17 |
|---|---|---|---|

**Royal Airline Linen**
125 N Ash Avenue
Inglewood, CA 90301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ruth Y. Gonzalez**
c/o Michael Nourmand, Esq.
c/o Melissa M. Kurata, Esq.
8822 West Olympic Boulevard
Beverly Hills, CA 90211

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Pending Lawsuit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $732.33 |
|---|---|---|---|

**Safety-Kleen Systems, Inc.**
P.O. Box 7170
Pasadena, CA 91109-7107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $164.73 |
|---|---|---|---|

**SafetyMax Corporation**
2256 Palou Avenue
San Francisco, CA 94124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,790.00 |
|---|---|---|---|

**Samuel Pearce Trust**
1195 E Cooper Ave
Unit A
Aspen, CO 81611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | LAX In-Flite Services, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,974.60 |
|---|---|---|---|

**Softrol Systems, Inc.**
1100 North Point Parkway
Acworth, GA 30102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**South Bay Document Destruction**
15001 San Pedro Street
Gardena, CA 90248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $562.69 |
|---|---|---|---|

**South Bay Electric Motors Inc.**
1900 W Rosecrans Ave
Gardena, CA 90249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $978.44 |
|---|---|---|---|

**South Coast AQMD**
P.O. Box 4943
Diamond Bar, CA 91765-0943

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,402.06 |
|---|---|---|---|

**Southern California Edison**
P.O. Box 300
Rosemead, CA 91771

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,032.86 |
|---|---|---|---|

**Southern California Gas Co.**
P.O. Box C
Monterey Park, CA 91756-5111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susana Castaneda**
c/o Kaveh S. Elihu, Esq.
c/o Daniel Friedman, Esq.
3055 Wilshire Blvd, Suite 1100
Los Angeles, CA 90010

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: Pending Lawsuit

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LAX In-Flite Services, LLC**
Name

Case number (if known) _____

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,262.40 |
|---|---|---|---|

The Home Depot BRC
DEPT. 32-2149632790
P.O. BOX 9001030
Louisville, KY 40290-1030

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,105.00 |
|---|---|---|---|

The Water Man
115 So. Euclid St.
P.O.Box 727
La Habra, CA 90631

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $969.00 |
|---|---|---|---|

Thompson Coburn LLP
2029 Century Park East
19th Floor
Los Angeles, CA 90067

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,430.00 |
|---|---|---|---|

Travelers
P.O. Box 2958
Hartford, CT 06104-2958

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,495.00 |
|---|---|---|---|

Uline Shipping Supply
P.O. Box 88741
Chicago, IL 60680-1741

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

United Benefit Pensions Inc.
175 Broadhollow Road
Suite 160
Melville, NY 11747

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $936.46 |
|---|---|---|---|

US Bank Equipment Finance
P.O. Box 790448
Saint Louis, MO 63179

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | LAX In-Flite Services, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $549,932.00 |
|---|---|---|---|

**Utica National Insurance Group**
P.O. Box 6532
Utica, NY 13504-6532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $529.98 |
|---|---|---|---|

**W.W. Grainger**
10804 S. La Cienega Blvd.
Inglewood, CA 90304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $668.70 |
|---|---|---|---|

**Western Exterminator Company**
P.O. Box 16350
Reading, PA 19612-6350

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $908.24 |
|---|---|---|---|

**Williams Scotsman, Inc.**
P.O. BOX  91975
Chicago, IL 60693-1975

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Brandon J. Sweeney, Esq.<br>The Sweeney Law Firm<br>15233 Ventura Blvd., Suite 500<br>Sherman Oaks, CA 91403 | Line  3.53<br><br>☐ Not listed. Explain __ | __ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 1,780,353.33 |
| 5b. Total claims from Part 2 | 5b. + $ | 4,752,493.32 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 6,532,846.65 |

**Fill in this information to identify the case:**

Debtor name    **LAX In-Flite Services, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1.** | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Lease - 120 North Ash Ave., Inglewood, CA 90301** |
| | State the term remaining | **May 31, 2020** |
| | List the contract number of any government contract | **N/A** |

Ash Avenue Partners LLC
c/o Westpoint Realty Inc.
433 North Camden Drive
Suite 820
Beverly Hills, CA 90210

| | | |
|---|---|---|
| **2.2.** | State what the contract or lease is for and the nature of the debtor's interest | **Laundry Chemical Dispensing System** |
| | State the term remaining | |
| | List the contract number of any government contract | |

Diamond Chemical Company, Inc.
P.O. Box 7428
East Rutherford, NJ 07073

| | | |
|---|---|---|
| **2.3.** | State what the contract or lease is for and the nature of the debtor's interest | **Oral month to month subcontract to provide laundry services to airline** |
| | State the term remaining | |
| | List the contract number of any government contract | |

Elite Airline Linen of New York Inc
11-07 Redfern Avenue
Far Rockaway, NY 11691

| | | |
|---|---|---|
| **2.4.** | State what the contract or lease is for and the nature of the debtor's interest | **Oral month to month subcontract to provide laundry services to airline** |
| | State the term remaining | |
| | List the contract number of any government contract | |

Elite Airline Services Holding, Inc

Debtor 1  **LAX In-Flite Services, LLC**

First Name        Middle Name        Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease No.: 153553 Equipment Lease: (1) USED - Vertical Baler 60" (1) NEW - Bramidan X6030 Vertical Baler 60"** | |
| | State the term remaining | | **Regents Capital Corporation 3200 Bristol Street Suite 400 Costa Mesa, CA 92626** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease No.: 153017 Equipment Lease (1) Jensen; Model Classic, 2-Lane Primary Folder With 2-Lane Crossfolder, and Comes Complete With One (1) Large Piece Stacker; (1) 90' STEEL CANOPY WITH CORRUGATED ROOF; (1) REFRIGERATOR DRYER, SECOTEC TE 102 460/3/60; (2) KIT, WALL FIXTURE F46-F146, KF3RAL7016; (1) CONDENSATE TREATMENT KCF-50 CONDENSATE TREATMENT SYSTEM (1) HOSE FLEX 2"X12" MPT METAL 232 PSI; (1) COMPRESSED AIR FILTER F83KB; (1) COMPRESSED AIR FILTER F83KB;** | |
| | State the term remaining | | **Regents Capital Corporation 3200 Bristol Street Suite 400 Costa Mesa, CA 92626** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Lease - 125 North Ash Ave., Inglewood, CA 90301** | |
| | State the term remaining | **May 31, 2020** | **Samuel Barnett Pearce Trust c/o Douglas Marshall Lee & Associates 1508 17th Street Santa Monica, CA 90404** |
| | List the contract number of any government contract | | |

Debtor 1   **LAX In-Flite Services, LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Forklift Lease** | |
|---|---|---|---|
| | State the term remaining | | **US Bank Equipment Finance** |
| | List the contract number of any government contract | | P.O. Box 790448 Saint Louis, MO 63179 |

**Fill in this information to identify the case:**

Debtor name __LAX In-Flite Services, LLC__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Eddie Urrutia** | **23614 Pennsylvania Avenue Torrance, CA 90501** | **Bank of America** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **LAX In-Flite Services, LLC**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  8/01/2020 to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,180,854.29** |
| **For year before that:**<br>From  1/01/2019 to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$11,140,234.00** |
| **For the fiscal year:**<br>From  1/01/2018 to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$10,811,069.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    LAX In-Flite Services, LLC _____    Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  **Ash Avenue Partners LLC**<br>c/o Westpoint Realty Inc.<br>433 North Camden Drive<br>Suite 820<br>Beverly Hills, CA 90210 | 12/21/20 | $16,158.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **Samuel Pearce Trust**<br>1195 E Cooper Ave<br>Unit A<br>Aspen, CO 81611 | 12/21/20 | $23,790.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **Penske**<br>19646 S Figueroa Street<br>Carson, CA 90745 | 11/3/20,<br>11/5/20 | $18,345.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  **Regents Capital Corporation**<br>3200 Bristol Street<br>Suite 400<br>Costa Mesa, CA 92626 | 1/7/21 | $7,258.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.  **Southern California Edison**<br>PO Box 600<br>ROSEMEAD, CA 91771 | 12/21/20,<br>1/8/21,<br>1/22/21,<br>1/22/21,<br>1/29/21 | $20,662.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.  **Travelers**<br>P.O. Box 2958<br>Hartford, CT 06104-2958 | 12/21/20 | $15,355.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7.  **Southern California Gas Co.**<br>P.O. Box C<br>Monterey Park, CA 91756-5111 | 12/9/20,<br>1/8/21,<br>1/29/21 | $11,828.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8.  **Associated Packaging Inc.**<br>12441 East Florence Avenue<br>Santa Fe Springs, CA 90670 | 11/16/20,<br>12/10/2012/1<br>0/20,<br>12/31/20,<br>1/18/21,<br>1/22/21,<br>1/25/21,<br>2/3/21 | $16,839.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   LAX In-Flite Services, LLC
_____

Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.9. Jensen USA, Inc. Dept CH 19533 Palatine, IL 60055-9533 | 1/22/21 | $6,291.07 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.10. Southern California Gas Co. P.O. Box C Monterey Park, CA 91756-5111 | 12/9/20, 1/8/21, 1/29/21 | $11,828.02 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11. Utica National Insurance Group P.O. Box 6532 Utica, NY 13504-6532 | 1/8/21 | $30,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Debtor    LAX In-Flite Services, LLC                                           Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Eddie Urrutia**<br>**23614 Pennsylvania Avenue**<br>**Torrance, CA 90501**<br>**Owner Operator** | 1/11/2019,<br>1/25/2019,<br>2/8/2019,<br>2/22/2019,<br>3/8/2019,<br>3/22/2019,<br>4/5/2019,<br>4/19/2019,<br>5/3/2019,<br>5/17/2019,<br>5/31/2019,<br>6/14/2019,<br>6/28/2019,<br>7/12/2019,<br>7/26/2019,<br>8/9/2019,<br>8/23/2019,<br>9/6/2019,<br>9/20/2019,<br>10/4/2019,<br>10/18/2019,<br>11/1/2019,<br>11/15/2019,<br>11/29/2019,<br>12/13/2019,<br>12/27/2019,<br>1/10/2020,<br>1/24/2020,<br>2/7/2020,<br>2/21/2020,<br>3/6/2020,<br>3/20/2020,<br>4/3/2020 | $103,187.50 | Guaranteed Draw Payment |
| 4.2.  **Thomas Kensi**<br>**125 North Ash Ave.**<br>**Inglewood, CA 90301** | 1/24/2020,<br>2/7/2020,<br>2/21/2020,<br>3/6/2020,<br>3/20/2020,<br>4/3/2020,<br>4/17/2020,<br>5/1/2020,<br>5/15/2020,<br>5/29/2020,<br>6/12/2020,<br>6/26/2020,<br>7/10/2020,<br>7/24/2020,<br>8/7/2020,<br>8/21/2020,<br>9/4/2020,<br>9/18/2020,<br>10/2/2020,<br>10/16/2020,<br>10/30/2020 | $61,975.00 | Salary |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **LAX In-Flite Services, LLC**                           Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Guillermo J. Lopez Gutierrez v. LAX In-Flite Services, Inc., et al.,<br>BC664985 | Civil | Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 N Hill St<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Elvia Espinoza v. LAX In-Flite Services, Inc., et al.<br>BC711476 | Civil | Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 N Hill St<br>Los Angeles, CA 90012 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | Ruth Y. Gonzalez v. LAX In-Flite Services, Inc., et al.,<br>18STCV08305 | Civil | Los Angeles Superior Court<br>Spring Street Courthouse<br>312 N Spring St<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Rosa Murcia v. LAX In-Flite Services, Inc., et al.<br>19STCV29319 | Wrongful Termination | Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 N Hill St<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Edgar Vallin v. LAX In-Flite Services, Inc., et al.<br>19STCV29319 | Wrongful Termination | Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 N Hill St<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Susana Castaneda v. LAX In-Flite Services, Inc., et al.<br>20STCV07991 | Wrongful Termination | Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 N Hill St<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **LAX In-Flite Services, LLC**                                    Case number *(if known)*

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| Equipment & Building damaged due to fire and vandalism | $164,136.30 | 2019 | $164,000.00 |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **G&B Law, LLP**<br>**16000 Ventura Blvd.**<br>**Ste. 1000**<br>**Encino, CA 91436** | | 5/5/20 | $12,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **G&B Law, LLP**<br>**16000 Ventura Blvd.**<br>**Ste. 1000**<br>**Encino, CA 91436** | | 10/02/20 | $50,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **LAX In-Flite Services, LLC**
_____    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **G&B Law, LLP** **16000 Ventura Blvd.** **Ste. 1000** **Encino, CA 91436** | | **2/2/21** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Debtor    **LAX In-Flite Services, LLC**                          Case number *(if known)*

---

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
□ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
□ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | LAX In-Flite Services, LLC | Case number *(if known)* |
|---|---|---|

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Lourdes Bustillos<br>508 Proctor Street<br>Wilmington, CA 90744 | **For past 2 years** |
| 26a.2. | Chay Gantt<br>4900 Bakers Ferry Road<br>Atlanta, GA 30336 | **For past 2 years** |
| 26a.3. | Alma Monroy<br>97 Kenwood Street #2<br>Inglewood, CA 90301 | **For past 2 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    LAX In-Flite Services, LLC _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Alma Monroy**<br>**97 Kenwood Street #2**<br>**Inglewood, CA 90301** | **For past 2 years** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Chay Gantt**<br>**4900 Bakers Ferry Road**<br>**Atlanta, GA 30336** | **For past 2 years** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.    **Lourdes Bustillos**<br>**508 Proctor Street**<br>**Wilmington, CA 90744** | **For past 2 years** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Chay Gantt**<br>**4900 Bakers Ferry Road**<br>**Atlanta, GA 30336** | |
| 26c.2.    **Alma Monroy**<br>**97 Kenwood Street #2**<br>**Inglewood, CA 90301** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**
26d.1.    **Bank of America**
**BUSINESS CARD**
**P.O. Box 15796**
**Wilmington, DE 19886-5796**

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Elite GG&K Associates LLC** | **11-07 Redfern Avenue**<br>**Far Rockaway, NY 11691** | **Member** | **63** |

Debtor    LAX In-Flite Services, LLC                                Case number (if known) _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eddie Urrutia | 23614 Pennsylvania Avenue Torrance, CA 90501 | Member of Board of Members & Managers | 7 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Royal Airline Linen Inc. | 125 N Ash Avenue Inglewood, CA 90301 | Member | 20 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| L&E Airline Services LLC | 23614 Pennsylvania Avenue Torrance, CA 90501 | Member | 10 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jonathan & Donna Glabman | 11-07 Redfern Avenue Far Rockaway, NY 11691 | Member of Board of Managers Jonathan Glabman - Co-President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kathleen Cunningham | 125 North Ash Ave. Inglewood, CA 90301 | Member of Board of Managers & Vice President | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| William Kensi | 1021 Commercial Blvd., North Arlington, TX 76001 | Manager and Co-President | Deceased December 2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

Debtor    **LAX In-Flite Services, LLC**                                  Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.1** | | 10/18/2019, 11/1/2019, 11/15/2019, 11/29/2019, 12/13/2019, 12/27/2019, 1/10/2020, 1/24/2020, 2/7/2020, 2/21/2020, 3/6/2020, 4/3/2020 | |
| **William Kensi** 1021 Commercial Blvd. North Arlington, TX 76001 | 30,162.00 | | Salary |
| **Relationship to debtor** **Indirect Owner** | | | |
| **30.2** | | 1/11/2019, 1/25/2019, 2/8/2019, 2/22/2019, 3/8/2019, 3/22/2019, 4/5/2019, 4/19/2019, 5/3/2019, 5/17/2019, 5/31/2019, 6/14/2019, 6/28/2019, 7/12/2019, 7/26/2019, 8/9/2019, 8/23/2019, 9/6/2019, 9/20/2019, 10/4/2019, 10/18/2019, 11/1/2019, 11/15/2019, 11/29/2019, 12/13/2019, 12/27/2019, 1/10/2020, 1/24/2020, 2/7/2020, 2/21/2020, 3/6/2020, 3/20/2020, 4/3/2020 | |
| **Kathleen Cunningham** 125 North Ash Avenue Inglewood, CA 90301 | 97,800.00 | | Salary |
| **Relationship to debtor** **Owner Operator** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **LAX In-Flite Services, LLC**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3 | | | 1/11/2019,<br>1/25/2019,<br>2/8/2019,<br>2/22/2019,<br>3/8/2019,<br>3/22/2019,<br>4/5/2019,<br>4/19/2019,<br>5/3/2019,<br>5/17/2019,<br>5/31/2019,<br>6/14/2019,<br>6/28/2019,<br>7/12/2019,<br>7/26/2019,<br>8/9/2019,<br>8/23/2019,<br>9/6/2019,<br>9/20/2019,<br>10/4/2019,<br>10/18/2019,<br>11/1/2019,<br>11/15/2019,<br>11/29/2019,<br>12/13/2019,<br>12/27/2019,<br>1/10/2020,<br>1/24/2020,<br>2/7/2020,<br>2/21/2020,<br>3/6/2020,<br>3/20/2020,<br>4/3/2020 | |
| | **Eddie Urrutia**<br>**23614 Pennsylvania Avenue**<br>**Torrance, CA 90501** | 103,187.50 | | **Guaranteed Draw Payment** |
| | Relationship to debtor<br>**Owner Operator** | | | |

Debtor   **LAX In-Flite Services, LLC**                                          Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4 | | | 1/24/2020, 2/7/2020, 2/21/2020, 3/6/2020, 3/20/2020, 4/3/2020, 4/17/2020, 5/1/2020, 5/15/2020, 5/29/2020, 6/12/2020, 6/26/2020, 7/10/2020, 7/24/2020, 8/7/2020, 8/21/2020, 9/4/2020, 9/18/2020, 10/2/2020, 10/16/2020, 10/30/2020 | |
| | **Thomas Kensi** **125 North Ash Avenue** **Inglewood, CA 90301** | **61,975.00** | | **Salary** |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                                          Employer Identification number of the parent corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund                                          Employer Identification number of the parent corporation

**Part 14:   Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/5/2021

Signature of individual signing on behalf of the debtor          **Mark Berlin**
                                                                Printed name

Position or relationship to debtor   **Authorized Representative**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **LAX In-Flite Services, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |
|---|---|
| For legal services, I have agreed to accept | $      100,000.00 |
| Prior to the filing of this statement I have received | $      100,000.00 |
| Balance Due | $            0.00 |

2.  $  **1,738.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

___2/5/21___
Date

**Jeremy Rothstein**
*Signature of Attorney*
**G&B Law, LLP**
**16000 Ventura Boulevard**
**Suite 1000**
**Encino, CA 91436**
**818-382-6200  Fax: 818-986-6534**
**jrothstein@gblawllp.com**
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jeremy Rothstein**<br>**16000 Ventura Boulevard**<br>**Suite 1000**<br>**Encino, CA 91436**<br>**818-382-6200 Fax: 818-986-6534**<br>California State Bar Number: **316140 CA**<br>jrothstein@gblawllp.com | |

☑ Attorney for:

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**LAX In-Flite Services, LLC**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  __Mark Berlin_____ , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

[Check the appropriate boxes and, if applicable, provide the required information.]

1.    I have personal knowledge of the matters set forth in this Statement because:

     ☑ I am the president or other officer or an authorized agent of the Debtor corporation

     ☐ I am a party to an adversary proceeding

     ☐ I am a party to a contested matter

     ☐ I am the attorney for the Debtor corporation

2. a. ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

     *[For additional names, attach an addendum to this form.]*

   b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

2/5/2021

Date

By: _____

Signature of Debtor, or attorney for Debtor

Name: **Mark Berlin**

Printed name of Debtor, or attorney for Debtor

| | |
|---|---|
| Elite GG & K Associates | 63% |
| Royal Airline Inc. | 20% |
| L & E Airline Services | 10% |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

F 1007-4.CORP.OWNERSHIP.STMT

## United States Bankruptcy Court
### Central District of California

In re  **LAX In-Flite Services, LLC**

Debtor(s)

Case No.

Chapter  **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

Dear Mr. Berlin:

Pursuant to the Resolutions of the Board of Managers and 80% of the Members of LAX In-Flite Services, LLC (the "LLC"), dated ___12/18/20___, you are authorized and directed to serve as a representative of the LLC in its upcoming bankruptcy case, including to appear in all bankruptcy proceedings on behalf of the LLC, sign documents under penalty of perjury on behalf of the LLC, and otherwise do and perform all acts and deeds and execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case ( collectively the " Bankruptcy Work"). In the absence of bad faith, willful misconduct or violation of law on your part, the LLC will not hold you responsible for erroneous statements or omissions, whether major or minor, made by you in the course of performing the Bankruptcy Work. In addition, the LLC will defend, indemnify and hold you harmless from all claims and expenses which you incur (including reasonable attorney's fees) as a result of your performance of the Bankruptcy Work, other than those related to your willful misconduct, bad faith or violation of law.

This document may be executed by electronic signature and in counterparts.

Sincerely,

Jon Glabman, President
LAX In-Flite Services, LLC

ACKNOWLEDGED AND AGREED

Mark Berlin

Date  1/1/21

Resolution of Board of Directors
of
**LAX In-Flite Services, LLC**

CONSENT TO RESOLUTIONS BY THE BOARD OF MANAGERS AND ALL OF THE
MEMBERS OF LAX INFLITE SERVICES LLC

The undersigned, all of the Members and members of the Board of Managers of LAX
Inflite Services LLC (the "LLC"), hereby consent to the following resolutions

In view of the resolutions of the Members of the LLC and the Board of Managers of the
LLC, as of September 29, 2020 and the death of William Kent on December 16, 2020, the
undersigned hereby consent to the following resolutions:

IT IS RESOLVED, that Thomas Kent is appointed Vice President of the LLC, and

IT IS FURTHER RESOLVED, by the unanimous consent of all the members of the
Board of Managers and all of the Members of the LLC that Jonathan Glabman or a person
appointed by him is authorized and directed to appear in all bankruptcy proceedings on behalf of
the LLC and to otherwise do and perform all acts and deeds and to execute and deliver all
necessary documents on behalf of the LLC in connection with such bankruptcy case

This consent may be signed electronically and in counterparts

Dated         December 18, 2020

Members                                          Elite GG& K Associates, LLC

Eddie Urrutia                                    Jonathan Glabman, Member

L&E Airline Services of California, LLC          Royal Airline Linen Inc
By: Elite GG&K Associates, LLC
Manager

By

Jonathan Glabman, Member                         Kathleen Cunningham, President

Board of Managers

Jonathan Glabman                                 Kathleen Cunningham

Donna Glabman                                    Eddie Urrutia

2/04/21 7:32PM

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jeremy Rothstein**<br>**16000 Ventura Boulevard**<br>**Suite 1000**<br>**Encino, CA 91436**<br>**818-382-6200 Fax: 818-986-6534**<br>California State Bar Number: 316140 CA<br>jrothstein@gblawllp.com | |

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **LAX In-Flite Services, LLC** | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __11__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _2/5/2021_

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                            **F 1007-1.MAILING.LIST.VERIFICATION**

LAX In-Flite Services, LLC
125 North Ash Ave
Inglewood, CA 90301


Jeremy Rothstein
G&B Law, LLP
16000 Ventura Boulevard
Suite 1000
Encino, CA 91436


(*need codebtor info*)


A-A Backflow Testing & Maintenance
2535 W. 237th Street
Suite 119
Torrance, CA 90505


American Express
P.O. Box 0001
Los Angeles, CA 90096


Anthem Blue Cross
P.O. Box 5283
Carol Stream, IL 60197-5283


Anthem Blue Cross
PO Box 5283
Carol Stream, IL 60197-5283


Anthem Blue Cross
P.O. Box 5283
Carol Stream, IL 60197-5283

Antonio Marquez II
4710 W 137th Place
Apt. C
Hawthorne, CA 90250


Aqua Recycle LLC
P.O. Box 680903
Marietta, GA 30068


Ash Avenue Partners LLC
c/o Westpoint Realty Inc.
433 North Camden Drive
Suite 820
Beverly Hills, CA 90210


AT&T Mobility
P.O. Box 537104
Atlanta, GA 30353


Bank of America
Business Card
PO Box 15796
Wilmington, DE 19886-5796


Bank of America
BUSINESS CARD
P.O. Box 15796
Wilmington, DE 19886-5796


Brandon J. Sweeney, Esq.
The Sweeney Law Firm
15233 Ventura Blvd., Suite 500
Sherman Oaks, CA 91403


C & L Refrigeration Corp.
P.O. Box 2319
Brea, CA 92822

California Water Service Company
P.O. Box 940001
San Jose, CA 95194-0001


Capital Group Retirement Plan Serv.
P.O. Box 659530
San Antonio, TX 78265


Chem Pro Laboratory
941 W 190th Street
Gardena, CA 90248


City of Inglewood
P.O. Box 743543
Los Angeles, CA 90074-3543


City of Los Angeles
P.O. Box 53233
Los Angeles, CA 90053-0233


Consolidated Intern'l Corp.
3804 Main Street
Chula Vista, CA 91911


County Sanitation Distribution
Sanitation District of Los Angeles
1955 Workman Mill Road
Whittier, CA 90607-4998


Culligan of Santa Ana, CA
502 S Lyon St.
Santa Ana, CA 92701

DB Sales & Service
11582 Markon Drive
Garden Grove, CA 92841

Diamond Chemical Co.
P.O. Box 51021
Newark, NJ 07101-5121

Diamond Chemical Company, Inc.
P.O. Box 7428
East Rutherford, NJ 07073

Eddie Urrutia
23614 Pennsylvania Avenue
Torrance, CA 90501

Edgar Vallin
c/o T. Joshua Ritz, Esq.
c/o Laleh B. Shokohi, Esq.
15233 Ventura Blvd., Suite 1002
Sherman Oaks, CA 91403

Elite Airline Linen of New York Inc
11-07 Redfern Avenue
Far Rockaway, NY 11691

Elite Airline Liner of Chicago
3810 Carnation Street
Franklin Park, IL 60131

Elite Airline Services Holding, Inc

Elite Ariline Linen of New York Inc
11-07 Redfern Avenue
Far Rockaway, NY 11691


Elite GG&K Associates
11-07 Redfern Avenue
Far Rockaway, NY 11691


Elite Laundry of Florida Inc.
7920 NW 76th Ave.
Medley, FL 33166


Elite Laundry Services of Atlanta
4900 Bakers Ferry Road SW
Atlanta, GA 30315


Elite Laundry Services of Texas Inc
1021 N Commercial Blvd.
Arlington, TX 76001


Elvia Espinoza
c/o Ramin R. Younessi, Esq.
c/o Liliuokalani Martin, Esq.
3435 Wilshire Blvd., Suite 2200
Los Angeles, CA 90010


FireMaster
12728 Shoemaker Ave.
Bldg C
Santa Fe Springs, CA 90670


First Packaging Systems Inc.
12615 Colony Street
Chino, CA 91710

Flynn Scale Service
16404 S Hawthorne Blvd
Lawndale, CA 90260


Fortino Catalan
23401 Mane Drive
Diamond Bar, CA 91765


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257


Georgia Rigging Inc.
P.O. Box 886
Palmetto, GA 30268


Guillermo J. Lopez Gutierrez
c/o Joseph Lavi, Esq.
c/o Vincent Granberry, Esq.
8889 W. Olympic Blvd., Suite 200
Beverly Hills, CA 90211


Innovative Consultants Inc.
3740 Campus Drive
Suite 200
Newport Beach, CA 92660


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101

Isla Bella, LLC
23614 Pennsylvania Ave.
Torrance, CA 90501


Jensen USA, Inc.
99 Aberdeen Loop
Panama City, FL 32405


Jensen USA, Inc.
Dept CH 19533
Palatine, IL 60055-9533


Kaiser Foundation Health Plan, Inc.
File 5915
Los Angeles, CA 90074-5915


Kaiser Permanente
Kaiser Foundation Health Plan, Inc.
File 5915
Los Angeles, CA 90074


Katherine Cunningham
P.O. Box 3262
Redondo Beach, CA 90277


Kaufman Dolowich & Voluck, LLP
11755 Wilshire Boulevard
Suite 2400
Los Angeles, CA 90025-1519


KOE Connections, Inc.
P.O. Box 1621
Port Washington, NY 11050

KWM CPAs LLP
100 Jericho Quadrangle
Suite 220
Jericho, NY 11753


LA County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


LAX Equipment Inc.
830 W Florence Ave.
Inglewood, CA 90301


Lee CPA Audit Group
5056 Sunrise Blvd
Suite B1
Fair Oaks, CA 95628


LSG Sky Chefs
2990-B Airway Ave.
Costa Mesa, CA 92626


MEESE Inc.
P.O. Box 824653
Philadelphia, PA 19182-4653


National Construction Rentals
P.O. Box 4503
Pacoima, CA 91333-4503


On Board Media, Inc.
20 Horse Hill Road
Brookville, NY 11545

Parker Boiler Co.
5930 Bandini Boulevard
Los Angeles, CA 90040


Penske Truck Leasing CO., L.P.
P.O. Box 7429
Pasadena, CA 91109-7429


Potts & Associates Inc.
P.O. Box 5820
Pasadena, CA 91117-0820


Protection One Alarm Monitoring Inc
P.O. Box 219044
Kansas City, MO 64121-9044


Quadilent
P.O. Box 6813
Carol Stream, IL 60197-6813


Quill LLC
P.O. Box 37600
Philadelphia, PA 19101-0600


Regents Capital Corporation
3200 Bristol Street
Suite 400
Costa Mesa, CA 92626


Republic Services #902
P.O. Box 78829
Phoenix, AZ 85062-8829

Rosa Murcia
c/o Jonathan J. Moon, Esq.
The Law Office Of Jonathan J. Moon
18000 Studebaker Road, Suite 700
Cerritos, CA 90703


Royal Airline Linen
125 N Ash Avenue
Inglewood, CA 90301


Ruth Y. Gonzalez
c/o Michael Nourmand, Esq.
c/o Melissa M. Kurata, Esq.
8822 West Olympic Boulevard
Beverly Hills, CA 90211


Safety-Kleen Systems, Inc.
P.O. Box 7170
Pasadena, CA 91109-7107


SafetyMax Corporation
2256 Palou Avenue
San Francisco, CA 94124


Samuel Barnett Pearce Trust
c/o Douglas Marshall
Lee & Associates
1508 17th Street
Santa Monica, CA 90404


Samuel Pearce Trust
1195 E Cooper Ave
Unit A
Aspen, CO 81611


SBA
c/o Bank of America
Attn: Joseph Pinzone
300 Broad Hollow Road
Melville, NY 11747

Softrol Systems, Inc.
1100 North Point Parkway
Acworth, GA 30102


South Bay Document Destruction
15001 San Pedro Street
Gardena, CA 90248


South Bay Electric Motors Inc.
1900 W Rosecrans Ave
Gardena, CA 90249


South Coast AQMD
P.O. Box 4943
Diamond Bar, CA 91765-0943


Southern California Edison
P.O. Box 300
Rosemead, CA 91771


Southern California Gas Co.
P.O. Box C
Monterey Park, CA 91756-5111


Susana Castaneda
c/o Kaveh S. Elihu, Esq.
c/o Daniel Friedman, Esq.
3055 Wilshire Blvd, Suite 1100
Los Angeles, CA 90010


The Home Depot BRC
DEPT. 32-2149632790
P.O. BOX 9001030
Louisville, KY 40290-1030

The Water Man
115 So. Euclid St.
P.O.Box 727
La Habra, CA 90631


Thompson Coburn LLP
2029 Century Park East
19th Floor
Los Angeles, CA 90067


Travelers
P.O. Box 2958
Hartford, CT 06104-2958


Uline Shipping Supply
P.O. Box 88741
Chicago, IL 60680-1741


United Benefit Pensions Inc.
175 Broadhollow Road
Suite 160
Melville, NY 11747


US Bank Equipment Finance
P.O. Box 790448
Saint Louis, MO 63179


Utica National Insurance Group
P.O. Box 6532
Utica, NY 13504-6532


W.W. Grainger
10804 S. La Cienega Blvd.
Inglewood, CA 90304

Western Exterminator Company
P.O. Box 16350
Reading, PA 19612-6350


Williams Scotsman, Inc.
P.O. BOX 91975
Chicago, IL 60693-1975

EXTENSION GRANTED TO 09/15/20

**Form 1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2019, or tax year beginning _____, ending _____

▶ Go to www.irs.gov/Form1065 for instructions and the latest information.

OMB No. 1545-0123

**2019**

| | | |
|---|---|---|
| **A** Principal business activity<br>**SERVICE** | Name of partnership<br>**LAX IN-FLITE SERVICES** | **D** Employer identification number<br>**47-2239367** |
| **B** Principal product or service<br>**LAUNDRY** | Type or Print | Number, street, and room or suite no. If a P.O. box, see instructions.<br>**11 07 REDFERN AVENUE** | **E** Date business started<br>**01/01/2015** |
| **C** Business code number<br>**541990** | City or town, state or province, country, and ZIP or foreign postal code<br>**FAR ROCKAWAY                NY 11691** | **F** Total assets<br>$ **1,597,429.** |

**G** Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return

**H** Check accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year  ▶  **4**

**J** Check if Schedules C and M-3 are attached ........................................................ ▶ ☐

**K** Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes  (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| | | | | |
|---|---|---|---:|---:|
| **Income** | **1a** Gross receipts or sales | **1a** | 11,140,234. | |
| | **b** Returns and allowances | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a | | **1c** | 11,140,234. |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | 8,751,944. |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 2,388,290. |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | **4** | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040 or 1040-SR)) | | **5** | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **6** | |
| | **7** Other income (loss) (attach statement) | | **7** | |
| | **8** **Total income (loss).** Combine lines 3 through 7 | | **8** | 2,388,290. |
| **Deductions (see instructions for limitations)** | **9** Salaries and wages (other than to partners) (less employment credits) | | **9** | 374,252. |
| | **10** Guaranteed payments to partners | | **10** | 82,550. |
| | **11** Repairs and maintenance | | **11** | 424,667. |
| | **12** Bad debts | | **12** | |
| | **13** Rent | | **13** | 267,087. |
| | **14** Taxes and licenses                                    SEE STATEMENT 1 | | **14** | 651,758. |
| | **15** Interest (see instructions) | | **15** | |
| | **16a** Depreciation (if required, attach Form 4562) | **16a** | 260,392. | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | | **16c** | 260,392. |
| | **17** Depletion (**Do not deduct oil and gas depletion.**) | | **17** | |
| | **18** Retirement plans, etc. | | **18** | |
| | **19** Employee benefit programs | | **19** | 138,371. |
| | **20** Other deductions (attach statement)                  SEE STATEMENT 2 | | **20** | 2,193,162. |
| | **21** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | **21** | 4,392,239. |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 8 | | **22** | -2,003,949. |
| **Tax and Payments** | **23** Interest due under the look-back method-completed long-term contracts (attach Form 8697) | | **23** | |
| | **24** Interest due under the look-back method-income forecast method (attach Form 8866) | | **24** | |
| | **25** BBA AAR imputed underpayment (see instructions) | | **25** | |
| | **26** Other taxes (see instructions) | | **26** | |
| | **27** **Total balance due.** Add lines 23 through 26 | | **27** | |
| | **28** Payment (see instructions) | | **28** | |
| | **29** **Amount owed.** If line 28 is smaller than line 27, enter amount owed | | **29** | |
| | **30** **Overpayment.** If line 28 is larger than line 27, enter overpayment | | **30** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ Signature of partner or limited liability company member                Date

May the IRS discuss this return with the preparer shown below?
See instr.  ☒ Yes  ☐ No

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Print/Type preparer's name<br>**ALLEN WEINSTEIN** | Preparer's signature | Date | Check ☐ if self-employed | PTIN<br>**P00094465** |
| Firm's name ▶ **KWM CPAS LLP** | | | Firm's EIN ▶ **11-2674705** |
| Firm's address ▶**100 JERICHO QUADRANGLE - STE 220**<br>**JERICHO, NY 11753** | | | Phone no. **(516) 333-6881** |

LHA  **For Paperwork Reduction Act Notice, see separate instructions.**        911001  12-30-19        Form **1065** (2019)

Form 1065 (2019)  **LAX IN-FLITE SERVICES**                                                    47-2239367   Page **2**

| Schedule B | Other Information | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| **1** | What type of entity is filing this return?  Check the applicable box: | | | |
| **a** | ☐ Domestic general partnership | **b** ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company | **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership | **f** ☐ Other ▶ | | |
| **2** | At the end of the tax year: | | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ................................................. | | | X | |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ................................................. | | | | X |
| **3** | At the end of the tax year, did the partnership: | | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below ................................................. | | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | | |
| **b** | The partnership's total assets at the end of the tax year were less than $ 1 million. | | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 ................................................. | | | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? ................................................. | | | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? ................................................. | | | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? ................................................. | | | | X |
| **8** | At any time during calendar year 2019, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ▶ ................................................. | | | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions ................................................. | | | | X |
| **10 a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? ................................................. | | | | X |
| | See instructions for details regarding a section 754 election. | | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions ................................................. | | | | X |

911011  12-30-19                                                                              Form **1065** (2019)

13550911 757066 24361          2019.05010 LAX IN-FLITE SERVICES          24361__1

Form 1065 (2019)   LAX IN-FLITE SERVICES                                47-2239367   Page **3**

| **Schedule B** | **Other Information** *(continued)* | Yes | No |
|---|---|---|---|
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined in section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions ........... | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ........................................................▶ ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? ........................................................ | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ........................................................▶ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership ........................▶ | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ........................................................▶ | | |
| 16 a | Did you make any payments in 2019 that would require you to file Form(s) 1099? See instructions ............. | | X |
| b | If "Yes," did you or will you file required Form(s) 1099? | | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return ........................................................▶ | | |
| 18 | Enter the number of partners that are foreign governments under section 892 ........................▶ | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? ............. | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 ........................................................ | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1T(b)(14)? ............. | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions ........................................................ | | X |
| | If "Yes," enter the total amount of the disallowed deductions ........................▶ $ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions ........................................................ | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions ........................................................ | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions ............. | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ........................................................▶ | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶ **ELITE GG & K ASSOCIATES**

| U.S. address of PR ▶ | **20 HORSE HILL ROAD**<br>**BROOKVILLE, NY   11545** | U.S. phone<br>number of PR ▶ | **718-337-9390** |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR ▶ **JONATHAN GLABMAN**

| U.S. address of<br>designated<br>individual ▶ | **20 HORSE HILL ROAD**<br>**BROOKVILLE, NY 11545** | U.S. phone<br>number of<br>designated<br>individual ▶ | **718-337-9390** |
|---|---|---|---|

| 26 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? ........................ | | X |
|---|---|---|---|
| | If "Yes," enter the amount from Form 8996, line 14 ........................................................▶ $ | | |
| 27 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ........................▶ | | |
| 28 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? ........................................................ | | X |

Form **1065** (2019)

911021  12-30-19

3

13550911 757066 24361           2019.05010 LAX IN-FLITE SERVICES           24361__1

Form 1065 (2019)   LAX IN-FLITE SERVICES   47-2239367   Page **4**

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 22) | **1** | -2,003,949. |
| | **2** Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | **3a** Other gross rental income (loss) ........ **3a** | | |
| | **b** Expenses from other rental activities (attach statement) ....... **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | **4** Guaranteed payments: **a** Services **4a** 82,550. **b** Capital **4b** | | |
| | **c** Total. Add lines 4a and 4b | **4c** | 82,550. |
| | **5** Interest income        SEE STATEMENT 3 | **5** | 497. |
| | **6** Dividends and dividend equivalents:  **a** Ordinary dividends | **6a** | |
| | **b** Qualified dividends **6b**     **c** Dividend equivalents **6c** | | |
| | **7** Royalties | **7** | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| | **b** Collectibles (28%) gain (loss) ........ **9b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement) ..... **9c** | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| | **11** Other income (loss) (see instructions) Type ▶ | **11** | |
| **Deductions** | **12** Section 179 deduction (attach Form 4562) | **12** | |
| | **13a** Contributions | **13a** | |
| | **b** Investment interest expense | **13b** | |
| | **c** Section 59(e)(2) expenditures: **(1)** Type ▶           **(2)** Amount ▶ | **13c(2)** | |
| | **d** Other deductions (see instructions) Type ▶ | **13d** | |
| **Self-Employ-ment** | **14a** Net earnings (loss) from self-employment | **14a** | -57,726. |
| | **b** Gross farming or fishing income | **14b** | |
| | **c** Gross nonfarm income | **14c** | 167,180. |
| **Credits** | **15a** Low-income housing credit (section 42(j)(5)) | **15a** | |
| | **b** Low-income housing credit (other) | **15b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| | **d** Other rental real estate credits (see instructions) Type ▶ | **15d** | |
| | **e** Other rental credits (see instructions)       Type ▶ | **15e** | |
| | **f** Other credits (see instructions)        Type ▶ | **15f** | |
| **Foreign Transactions** | **16a** Name of country or U.S. possession ▶ | | |
| | **b** Gross income from all sources | **16b** | |
| | **c** Gross income sourced at partner level | **16c** | |
| | Foreign gross income sourced at partnership level | | |
| | **d** Reserved for future use ▶          **e** Foreign branch category ▶ | **16e** | |
| | **f** Passive category ▶         **g** General category ▶        **h** Other ... ▶ | **16h** | |
| | Deductions allocated and apportioned at partner level | | |
| | **i** Interest expense ▶          **j** Other ▶ | **16j** | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | **k** Reserved for future use ▶          **l** Foreign branch category ▶ | **16l** | |
| | **m** Passive category ▶        **n** General category ▶        **o** Other ... ▶ | **16o** | |
| | **p** Total foreign taxes (check one): ▶   Paid ☐   Accrued ☐ | **16p** | |
| | **q** Reduction in taxes available for credit (attach statement) | **16q** | |
| | **r** Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** Post-1986 depreciation adjustment | **17a** | |
| | **b** Adjusted gain or loss | **17b** | |
| | **c** Depletion (other than oil and gas) | **17c** | |
| | **d** Oil, gas, and geothermal properties - gross income | **17d** | |
| | **e** Oil, gas, and geothermal properties - deductions | **17e** | |
| | **f** Other AMT items (attach statement) | **17f** | |
| **Other Information** | **18a** Tax-exempt interest income | **18a** | |
| | **b** Other tax-exempt income | **18b** | |
| | **c** Nondeductible expenses       SEE STATEMENT 4 | **18c** | 710. |
| | **19a** Distributions of cash and marketable securities | **19a** | |
| | **b** Distributions of other property | **19b** | |
| | **20a** Investment income | **20a** | 497. |
| | **b** Investment expenses | **20b** | |
| | **c** Other items and amounts (attach statement)    STMT 5 | | |

911041 12-30-19

13550911 757066 24361        2019.05010 LAX IN-FLITE SERVICES        24361__1

Form 1065 (2019)  LAX IN-FLITE SERVICES    47-2239367    Page **5**

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p | | | | | **1** | -1,920,902. |

| **2** Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | | | | | | |
| **b** Limited partners | -400,690. | | -57,691. | -1,462,521. | | |

## Schedule L | Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| **1** Cash | | 269,842. | | 55,257. |
| **2a** Trade notes and accounts receivable | 1,194,331. | | 1,098,829. | |
| **b** Less allowance for bad debts | | 1,194,331. | | 1,098,829. |
| **3** Inventories | | | | |
| **4** U.S. government obligations | | | | |
| **5** Tax-exempt securities | | | | |
| **6** Other current assets (attach statement) | STATEMENT 6 | 17,883. | | 76,587. |
| **7a** Loans to partners (or persons related to partners) | | | | |
| **b** Mortgage and real estate loans | | | | |
| **8** Other investments (attach statement) | | | | |
| **9a** Buildings and other depreciable assets | 1,468,355. | | 1,714,709. | |
| **b** Less accumulated depreciation | 1,086,598. | 381,757. | 1,355,130. | 359,579. |
| **10a** Depletable assets | | | | |
| **b** Less accumulated depletion | | | | |
| **11** Land (net of any amortization) | | | | |
| **12a** Intangible assets (amortizable only) | 36,575. | | 36,575. | |
| **b** Less accumulated amortization | 17,206. | 19,369. | 29,398. | 7,177. |
| **13** Other assets (attach statement) | | | | |
| **14** Total assets | | 1,883,182. | | 1,597,429. |
| **Liabilities and Capital** | | | | |
| **15** Accounts payable | | 1,406,796. | | 1,242,812. |
| **16** Mortgages, notes, bonds payable in less than 1 year | | | | |
| **17** Other current liabilities (attach statement) | STATEMENT 7 | 478,220. | | 485,604. |
| **18** All nonrecourse loans | | | | |
| **19a** Loans from partners (or persons related to partners) | | 1,921,572. | | 3,688,697. |
| **b** Mortgages, notes, bonds payable in 1 year or more | | | | 42,583. |
| **20** Other liabilities (attach statement) | | | | |
| **21** Partners' capital accounts | | -1,923,406. | | -3,862,267. |
| **22** Total liabilities and capital | | 1,883,182. | | 1,597,429. |

## Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return
Note: The partnership may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| **1** Net income (loss) per books | -1,938,861. | **6** Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| **2** Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): STMT 9 | 95,502. | **a** Tax-exempt interest $ | | |
| **3** Guaranteed payments (other than health insurance) | 82,550. | **7** Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | | |
| **4** Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): STMT 10 | 3,181. | **a** Depreciation $ STMT 11 | 172,124. | 172,124. |
| **a** Depreciation $ | 8,140. | **8** Add lines 6 and 7 | | 172,124. |
| **b** Travel and entertainment $ | 710. | | | |
| **b** Travel and entertainment | 12,031. | **9** Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | -1,920,902. |
| **5** Add lines 1 through 4 | -1,748,778. | | | |

## Schedule M-2 | Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| **1** Balance at beginning of year | -1,923,406. | **6** Distributions: **a** Cash | | |
| **2** Capital contributed: **a** Cash | | **b** Property | | |
| **b** Property | | **7** Other decreases (itemize): | | |
| **3** Net income (loss) per books | -1,938,861. | | | |
| **4** Other increases (itemize): | | **8** Add lines 6 and 7 | | |
| **5** Add lines 1 through 4 | -3,862,267. | **9** Balance at end of year. Subtract line 8 from line 5 | | -3,862,267. |

911042 12-30-19

Form **1065** (2019)

13550911 757066 24361        2019.05010 LAX IN-FLITE SERVICES        24361__1

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to www.irs.gov/Form1125A for the latest information.

OMB No. 1545-0123

Name

**LAX IN-FLITE SERVICES**

Employer Identification number

**47-2239367**

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 1,060,033. |
| 3 | Cost of labor | 3 | 6,360,869. |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)    SEE STATEMENT 12 | 5 | 1,331,042. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 8,751,944. |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 8,751,944. |

**9 a** Check all methods used for valuing closing inventory:
   (i) ☐ Cost
   (ii) ☐ Lower of cost or market
   (iii) ☐ Other (Specify method used and attach explanation) ▶

**b** Check if there was a writedown of subnormal goods     ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)     ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO      **9d**

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions      ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory?      ☐ Yes ☒ No
  If "Yes," attach explanation.

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-A** (Rev. 11-2018)

| SCHEDULE B-1<br>(Form 1065)<br>(Rev. August 2019)<br>Department of the Treasury<br>Internal Revenue Service | **Information on Partners Owning 50% or More of the Partnership**<br>▶ Attach to Form 1065.<br>▶ Go to www.irs.gov/Form1065 for the latest information. | OMB No. 1545-0123 |
| --- | --- | --- |

| Name of partnership | Employer identification number |
| --- | --- |
| LAX IN-FLITE SERVICES | 47-2239367 |

**Part I  Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
| --- | --- | --- | --- | --- |
| ELITE GG & K ASSOCIATES | 11-3521506 | LLC | UNITED STATES | 63.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II  Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**      **Schedule B-1 (Form 1065)  (Rev. 8-2019)**

924551 11-13-19

13550911 757066 24361          2019.05010 LAX IN-FLITE SERVICES          24361__1

Form **4562**

Department of the Treasury
Internal Revenue Service   (99)

## Depreciation and Amortization
### (Including Information on Listed Property)   OTHER   1

▶ Attach to your tax return.

▶ Go to www.irs.gov/Form4562 for instructions and the latest information.

OMB No. 1545-0172

**2019**

Attachment
Sequence No. **179**

Name(s) shown on return

LAX IN-FLITE SERVICES

Business or activity to which this form relates

Identifying number

47-2239367

**Part I**   Election To Expense Certain Property Under Section 179 **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ... **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 ▶ **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**   Special Depreciation Allowance and Other Depreciation **(Don't include listed property.)**

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | 236,565. |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III**   MACRS Depreciation **(Don't include listed property. See instructions.)**

### Section A

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 | **17** | 23,827. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ... ▶ ☐ | |

### Section B - Assets Placed in Service During 2019 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

### Section C - Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 30-year | / | | 30 yrs. | MM | S/L | |
| **d** 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**   Summary (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 260,392. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

916251 12-12-19   LHA   **For Paperwork Reduction Act Notice, see separate instructions.**   Form **4562** (2019)

Form 4562 (2019)    **LAX IN-FLITE SERVICES**    47-2239367    Page **2**

| **Part V** | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only 24a, 24b,** columns **(a)** through **(c)** of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24a  Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No  24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use ......... | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |

28  Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 .................... **28**

29  Add amounts in column (i), line 26. Enter here and on line 7, page 1 ......................................... **29**

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | (b) Vehicle | (c) Vehicle | (d) Vehicle | (e) Vehicle | (f) Vehicle |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) ........ | | | | | | |
| 31 Total commuting miles driven during the year ... | | | | | | |
| 32 Total other personal (noncommuting) miles driven ..................... | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 ...................... | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? ...................... | Yes  No | Yes  No | Yes  No | Yes  No | Yes  No | Yes  No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? ............ | | | | | | |
| 36 Is another vehicle available for personal use? ........ | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | | Yes | No |
|---|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ............. | | | |
| 39 Do you treat all use of vehicles by employees as personal use? ............. | | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ............. | | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? ............. | | | |

Note: If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| **Part VI** | Amortization |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2019 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |

| | | | |
|---|---|---|---|
| 43 Amortization of costs that began before your 2019 tax year .................................................. | **43** | | 20,332. |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report .......................... | **44** | | 20,332. |

916252 12-12-19

9

Form **4562** (2019)

# 2019 DEPRECIATION AND AMORTIZATION REPORT

928111 04-01-10

| Asset No. | Description | Date Acquired | Method | Life | Line No. C O U V | Unadjusted Cost Of Basis | Bus % Excl | Section 179 Expense | Reduction In Basis* | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 121 | | | 200DB | 5.00 | MQ19B | | | | | | | | 0. | |
| 1 | COMPRESSORS AND AIR DRYER | 11/01/10 | 200DB | 5.00 | MQ17 | 20,000. | | | | 20,000. | 20,000. | | 0. | 20,000. |
| 2 | SEALERS | 11/01/10 | 200DB | 5.00 | MQ17 | 30,000. | | | | 30,000. | 30,000. | | 0. | 30,000. |
| 3 | JENSEN ACCUMULATOR | 11/01/10 | 200DB | 5.00 | MQ17 | 70,000. | | | | 70,000. | 70,000. | | 0. | 70,000. |
| 4 | JENSEN AERO BLANKET FOLDER | 11/01/10 | 200DB | 5.00 | MQ17 | 80,000. | | | | 80,000. | 80,000. | | 0. | 80,000. |
| 5 | AML SUPER SUPER SYLON 4 ROLL IRONS | 11/01/10 | 200DB | 5.00 | MQ17 | 50,000. | | | | 50,000. | 50,000. | | 0. | 50,000. |
| 6 | FLOOR SCALE | 11/01/10 | 200DB | 5.00 | MQ17 | 1,400. | | | | 1,400. | 1,400. | | 0. | 1,400. |
| 7 | PARTS OF IRON, FOLDER | 11/01/10 | 200DB | 5.00 | MQ17 | 10,000. | | | | 10,000. | 10,000. | | 0. | 10,000. |
| 8 | CARTS | 11/01/10 | 200DB | 5.00 | MQ17 | 14,000. | | | | 14,000. | 14,000. | | 0. | 14,000. |
| 9 | WATER HEATER, TANK, PUMP | 11/01/10 | 200DB | 5.00 | MQ17 | 20,000. | | | | 20,000. | 20,000. | | 0. | 20,000. |
| 10 | GREEN JET WET CLEANING MACHINE | 11/01/10 | 200DB | 5.00 | MQ17 | 18,000. | | | | 18,000. | 18,000. | | 0. | 18,000. |
| 11 | 20 72P POLY CARTS | 11/01/10 | 200DB | 5.00 | MQ17 | 6,814. | | | | 6,814. | 6,814. | | 0. | 6,814. |
| 12 | 135LB MILNOR WASHERS | 11/01/10 | 200DB | 5.00 | MQ17 | 40,000. | | | | 40,000. | 40,000. | | 0. | 40,000. |
| 13 | 60LB MILNOR WASHER | 11/01/10 | 200DB | 5.00 | MQ17 | 9,000. | | | | 9,000. | 9,000. | | 0. | 9,000. |
| 14 | 175LB DRYERS - 2 | 11/01/10 | 200DB | 5.00 | MQ17 | 18,000. | | | | 18,000. | 18,000. | | 0. | 18,000. |
| 15 | 75LB DRYER | 11/01/10 | 200DB | 5.00 | MQ17 | 3,500. | | | | 3,500. | 3,500. | | 0. | 3,500. |
| 16 | CARTS | 11/01/10 | 200DB | 5.00 | MQ17 | 14,000. | | | | 14,000. | 14,000. | | 0. | 14,000. |
| 17 | JEAN BAUM | | | | | 6,043. | | | | 6,043. | 6,043. | | 0. | 6,043. |

OTHER 1

(D) - Asset disposed

*ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

9.1

928111 04-01-19

# 2019 DEPRECIATION AND AMORTIZATION REPORT

| Asset No. | Description | Date Acquired | Method | Life | C U V No Line No | Unadjusted Cost Of Basis | OTHER 1 Bus % Excl | Section 179 Expense | Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | MEESE - POLYTRUX | 11/01/10 | 200DB | 5.00 | MQ17 | 6,333. | | | | 6,333. | 6,333. | | 0. | 6,333. |
| 19 | BRUCE MCLANE | 11/01/10 | 200DB | 5.00 | HY17 | 5,000. | | | | 5,000. | 5,000. | | 0. | 5,000. |
| 20 | ORTEGA TRUCKING | 11/01/10 | 200DB | 5.00 | MQ17 | 3,550. | | | | 3,550. | 3,550. | | 0. | 3,550. |
| 21 | RF MCDONALD | 11/01/10 | 200DB | 5.00 | MQ17 | 22,173. | | | | 22,173. | 22,173. | | 0. | 22,173. |
| 22 | HOSEMAN | 11/01/10 | 200DB | 5.00 | MQ17 | 812. | | | | 812. | 812. | | 0. | 812. |
| 23 | ORTEGA TRUCKING | 11/01/10 | 200DB | 5.00 | MQ17 | 750. | | | | 750. | 750. | | 0. | 750. |
| 24 | DIRECT MACHINERY | 11/01/10 | 200DB | 5.00 | MQ17 | 39,615. | | | | 39,615. | 39,615. | | 0. | 39,615. |
| 25 | DIRECT MACHINERY | 11/01/10 | 200DB | 5.00 | MQ17 | 33,673. | | | | 33,673. | 33,673. | | 0. | 33,673. |
| 26 | TINGUE, BROWN & CO | 11/01/10 | 200DB | 5.00 | MQ17 | 11,463. | | | | 11,463. | 11,463. | | 0. | 11,463. |
| 27 | DIRECT MACHINERY | 11/01/10 | 200DB | 5.00 | MQ17 | 3,017. | | | | 3,017. | 3,017. | | 0. | 3,017. |
| 28 | ELITE ATLANTA | 11/01/10 | 200DB | 5.00 | MQ17 | 614. | | | | 614. | 614. | | 0. | 614. |
| 29 | RF MCDONALD | 11/01/10 | 200DB | 5.00 | MQ17 | 22,173. | | | | 22,173. | 22,173. | | 0. | 22,173. |
| 30 | RF MCDONALD | 11/01/10 | 200DB | 5.00 | MQ17 | 2,769. | | | | 2,769. | 2,769. | | 0. | 2,769. |
| 31 | RF MCDONALD | 12/08/10 | 200DB | 5.00 | MQ17 | 3,249. | | | | 3,249. | 3,249. | | 0. | 3,249. |
| 32 | WILLIAM & DAVIS BROTHERS | 11/01/10 | 200DB | 5.00 | MQ17 | 22,760. | | | | 22,760. | 22,760. | | 0. | 22,760. |
| 41 | HWP RIGGINGS | 01/01/11 | 200DB | 5.00 | HY17 | 11,500. | | 11,500. | | | | | 0. | |
| 42 | RF MCDONALD | 06/08/11 | 200DB | 5.00 | HY17 | 8,250. | | 8,250. | | | | | 0. | |
| 43 | TINGUE, BROWN & CO | 01/13/12 | 200DB | 5.00 | HY17 | 5,963. | | 5,963. | | | | | 0. | |

9.2

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

# 2019 DEPRECIATION AND AMORTIZATION REPORT

OTHER 1

| Asset No. | Description | Date Acquired | Method | Life | CONV / Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | Reduction In Basis * | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | FIRST PACKAGING SYS | 02/15/12 | 200DB | 5.00 | HY17 | 4,894. | | | 2,447. | 2,447. | 2,447. | | 0. | 2,447. |
| 45 | JUNYU TRADING CO | 05/04/12 | 200DB | 5.00 | HY17 | 1,165. | | | 583. | 582. | 582. | | 0. | 582. |
| 46 | MEESE ORBITRON | 05/04/12 | 200DB | 5.00 | HY17 | 6,395. | | 6,395. | | | | | 0. | |
| 47 | MEESE ORBITRON | 12/13/12 | 200DB | 5.00 | HY17 | 2,795. | | 2,795. | | | | | 0. | |
| 54 | EQUIPMENT | 02/12/13 | 200DB | 5.00 | HY17 | 7,192. | | 7,192. | | | | | 0. | |
| 55 | MEESE ORBITRON | 01/14/13 | 200DB | 5.00 | HY17 | 3,205. | | 3,205. | | | | | 0. | |
| 56 | EQUIPMENT | 01/16/13 | 200DB | 5.00 | HY17 | 1,053. | | 1,053. | | | | | 0. | |
| 57 | MEESE ORBITRON | 02/13/13 | 200DB | 5.00 | HY17 | 2,783. | | 2,783. | | | | | 0. | |
| 58 | FACTORY EQUIPMENT | 03/22/13 | 200DB | 5.00 | HY17 | 2,226. | | 2,226. | | | | | 0. | |
| 59 | MEESE ORBITRON | 03/27/13 | 200DB | 5.00 | HY17 | 2,781. | | 2,781. | | | | | 0. | |
| 60 | HEATING & COOLING MACHINE | 03/27/13 | 200DB | 5.00 | HY17 | 1,859. | | 1,859. | | | | | 0. | |
| 61 | MEESE ORBITRON | 03/28/13 | 200DB | 5.00 | HY17 | 5,127. | | 5,127. | | | | | 0. | |
| 62 | PLUMBING | 04/04/13 | 200DB | 5.00 | HY17 | 3,000. | | 3,000. | | | | | 0. | |
| 63 | DIRECT MACHINERY | 04/10/13 | 200DB | 5.00 | HY17 | 77,265. | | 77,265. | | | | | 0. | |
| 64 | MARQUEZ | 04/23/13 | 200DB | 5.00 | HY17 | 2,850. | | 2,850. | | | | | 0. | |
| 65 | MEESE ORBITRON | 04/25/13 | 200DB | 5.00 | HY17 | 3,234. | | 3,234. | | | | | 0. | |
| 66 | EQUIPMENT | 07/01/13 | 200DB | 5.00 | HY17 | 5,174. | | 5,174. | | | | | 0. | |
| 67 | DIRECT MACHINERY | 07/01/13 | 200DB | 5.00 | HY17 | 405. | | 405. | | | | | 0. | |

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

928111 04-01-10

# 2019 DEPRECIATION AND AMORTIZATION REPORT

OTHER 1

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | EQUIPMENT | 10/16/13 | 200DB | 5.00 | HY | 17 | 5,452. | | 5,452. | | | | | 0. | |
| 69 | FERGUSON | 11/05/13 | 200DB | 5.00 | HY | 17 | 3,788. | | 3,788. | | | | | 0. | |
| 78 | FERGUSON | 04/05/13 | 200DB | 5.00 | HY | 17 | 4,000. | | 4,000. | | | | | 0. | |
| 79 | FLYNN SCALE | 01/01/15 | 200DB | 7.00 | HY | 17 | 1,684. | | 1,684. | | | | | 0. | |
| 80 | MEESE ORBITRON | 01/01/15 | 200DB | 7.00 | HY | 17 | 9,194. | | 9,194. | | | | | 0. | |
| 81 | MEESE ORBITRON | 01/01/15 | 200DB | 7.00 | HY | 17 | 10,303. | | 10,303. | | | | | 0. | |
| 82 | LES PRINGLES | 01/01/15 | 200DB | 7.00 | HY | 17 | 2,207. | | 2,207. | | | | | 0. | |
| | * OTHER TOTAL - | | | | | | 784,452. | | 189,685. | 3,030. | 591,737. | 591,737. | | 0. | 591,737. |
| 40 | TRUCK | 11/01/10 | 200DB | 5.00 | MQ | 17 | 10,000. | | | | 10,000. | 10,000. | | 0. | 10,000. |
| | * OTHER TOTAL - | | | | | | 10,000. | | | | 10,000. | 10,000. | | 0. | 10,000. |
| 34 | COMPUTER | 11/10/10 | 200DB | 5.00 | MQ | 17 | 2,280. | | | 2,280. | 0. | 2,280. | | 0. | 2,280. |
| | * OTHER TOTAL - | | | | | | 2,280. | | | 2,280. | 0. | 2,280. | | 0. | 2,280. |
| 33 | FACTORY EXPANSION | 11/01/10 | SL | 39.00 | MM | 17 | 79,206. | | | | 79,206. | 16,502. | | 2,031. | 18,533. |
| 48 | LEASEHOLD IMPROVEMENT | 08/02/12 | SL | 39.00 | MM | 17 | 2,750. | | | | 2,750. | 453. | | 71. | 524. |
| 49 | LEASEHOLD IMPROVEMENT | 08/02/12 | SL | 39.00 | MM | 17 | 1,000. | | | | 1,000. | 166. | | 26. | 192. |
| 50 | LEASEHOLD IMPROVEMENT | 09/12/12 | SL | 39.00 | MM | 17 | 2,800. | | | | 2,800. | 453. | | 72. | 525. |
| 51 | LEASEHOLD IMPROVEMENT | 09/12/12 | SL | 39.00 | MM | 17 | 1,227. | | | | 1,227. | 195. | | 31. | 226. |
| 52 | LEASEHOLD IMPROVEMENT | 11/08/12 | SL | 39.00 | MM | 17 | 8,654. | | | | 8,654. | 1,360. | | 222. | 1,582. |

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

# 2019 DEPRECIATION AND AMORTIZATION REPORT

OTHER  1

| Asset No. | Description | Date Acquired | Method | Life | C O N V Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | LEASEHOLD IMPROVEMENT | 11/10/12 | SL | 39.00 | MM17 | 1,750. | | | | 1,750. | 276. | | 45. | 321. |
| 88 | EQUIPMENT | 12/08/16 | 200DB | 7.00 | HY17 | 4,810. | | | 2,405. | 2,405. | 1,354. | | 300. | 1,654. |
| 87 | FLATWORK IRONER | 05/20/16 | 200DB | 7.00 | HY17 | 13,145. | | | 6,573. | 6,572. | 3,698. | | 821. | 4,519. |
| 86 | CHILLER | 02/04/16 | 200DB | 7.00 | HY17 | 2,000. | | | 1,000. | 1,000. | 563. | | 125. | 688. |
| 85 | CLEANING MACHINE | 01/28/16 | 200DB | 7.00 | HY17 | 16,000. | | | 8,000. | 8,000. | 4,501. | | 1,000. | 5,501. |
| | * OTHER TOTAL - | | | | | 175,773. | | | 28,850. | 146,923. | 26,061. | | 4,140. | 30,201. |
| 116 | LEASEHOLD IMPROVEMENT | 05/23/18 | SL | 15.00 | HY17 | 19,800. | | | 19,800. | | | | 0. | |
| 113 | LEASEHOLD IMPROVEMENT | 08/14/17 | SL | 15.00 | HY17 | 18,100. | | | 9,050. | 9,050. | 905. | | 603. | 1,508. |
| 84 | LEASEHOLD IMPROVEMENT | 01/01/15 | SL | 39.00 | MM17 | 1,700. | | | | 1,700. | 174. | | 44. | 218. |
| 83 | LEASEHOLD IMPROVEMENT | 01/01/15 | SL | 39.00 | MM17 | 3,200. | | | | 3,200. | 325. | | 82. | 407. |
| 77 | LEASEHOLD IMPROVEMENT | 08/10/12 | SL | 39.00 | MM17 | 3,550. | | | | 3,550. | 682. | | 91. | 773. |
| 76 | LEASEHOLD IMPROVEMENT | 12/16/13 | SL | 39.00 | MM17 | 2,100. | | | | 2,100. | 272. | | 54. | 326. |
| 75 | LEASEHOLD IMPROVEMENT | 11/26/13 | SL | 39.00 | MM17 | 900. | | | | 900. | 118. | | 23. | 141. |
| 74 | LEASEHOLD IMPROVEMENT | 09/30/13 | SL | 39.00 | MM17 | 4,750. | | | | 4,750. | 646. | | 122. | 768. |
| 73 | LEASEHOLD IMPROVEMENT | 08/01/13 | SL | 39.00 | MM17 | 4,756. | | | | 4,756. | 656. | | 122. | 778. |
| 72 | LEASEHOLD IMPROVEMENT | 04/11/13 | SL | 39.00 | MM17 | 7,901. | | | | 7,901. | 1,159. | | 203. | 1,362. |
| 71 | LEASEHOLD IMPROVEMENT | 04/30/13 | SL | 39.00 | MM17 | 3,200. | | | | 3,200. | 468. | | 82. | 550. |
| 70 | LEASEHOLD IMPROVEMENT | 03/18/13 | SL | 39.00 | MM17 | 8,429. | | | | 8,429. | 1,251. | | 216. | 1,467. |

(D) - Asset disposed

*ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

828111 04-01-10

**2019 DEPRECIATION AND AMORTIZATION REPORT**

OTHER 1

| Asset No. | Description | Date Acquired | Method | Life | Line No. C U V | Unadjusted Cost Of Basis | Bus % Excl | Section 179 Expense | Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 89 | WASHER | 04/14/16 | 200DB | 7.00 | HY17 | 3,000. | | | 1,500. | 1,500. | 844. | | 187. | 1,031. |
| 90 | WATER TANK | 04/14/16 | 200DB | 7.00 | HY17 | 3,000. | | | 1,500. | 1,500. | 844. | | 187. | 1,031. |
| | * OTHER TOTAL - | | | | | 41,955. | | | 20,978. | 20,977. | 11,804. | | 2,620. | 14,424. |
| 91 | MODROTO BINS | 04/18/16 | 200DB | 5.00 | HY17 | 12,716. | | | 6,358. | 6,358. | 4,527. | | 732. | 5,259. |
| 92 | MODROTO BINS | 07/27/16 | 200DB | 5.00 | HY17 | 24,752. | | | 12,376. | 12,376. | 8,811. | | 1,426. | 10,237. |
| 93 | MODROTO BINS | 10/19/16 | 200DB | 5.00 | HY17 | 10,652. | | | 5,326. | 5,326. | 3,792. | | 614. | 4,406. |
| 94 | MODROTO BINS | 11/11/16 | 200DB | 5.00 | HY17 | 4,734. | | | 2,367. | 2,367. | 1,685. | | 273. | 1,958. |
| | * OTHER TOTAL - | | | | | 52,854. | | | 26,427. | 26,427. | 18,815. | | 3,045. | 21,860. |
| 95 | EQUIPMENT | 02/17/17 | 200DB | 5.00 | HY17 | 5,602. | | | 2,801. | 2,801. | 1,456. | | 538. | 1,994. |
| 96 | EQUIPMENT | 06/13/17 | 200DB | 5.00 | HY17 | 10,087. | | | 5,044. | 5,043. | 2,623. | | 968. | 3,591. |
| 97 | EQUIPMENT | 09/15/17 | 200DB | 5.00 | HY17 | 3,734. | | | 1,867. | 1,867. | 971. | | 358. | 1,329. |
| 98 | MODROTO BINS | 09/17/17 | 200DB | 5.00 | HY17 | 7,403. | | | 3,702. | 3,701. | 1,924. | | 711. | 2,635. |
| 99 | EQUIPMENT | 10/24/17 | 200DB | 5.00 | HY17 | 3,500. | | | 3,500. | | | | 0. | |
| 100 | EQUIPMENT | 12/05/17 | 200DB | 5.00 | HY17 | 15,000. | | | 15,000. | | | | 0. | |
| 101 | MODROTO BINS | 01/17/17 | 200DB | 5.00 | HY17 | 8,850. | | | 4,425. | 4,425. | 2,301. | | 850. | 3,151. |
| 102 | MODROTO BINS | 05/16/17 | 200DB | 5.00 | HY17 | 2,746. | | | 1,373. | 1,373. | 714. | | 264. | 978. |
| 103 | BOILER | 01/30/17 | 200DB | 5.00 | HY17 | 15,980. | | | 7,990. | 7,990. | 4,155. | | 1,534. | 5,689. |
| 104 | EQUIPMENT | 03/16/17 | 200DB | 5.00 | HY17 | 19,000. | | | 9,500. | 9,500. | 4,940. | | 1,824. | 6,764. |

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

028111 04-01-10

9.6

**2019 DEPRECIATION AND AMORTIZATION REPORT**

928111 04-01-10

| Asset No. | Description | Date Acquired | Method | Life | Conv/Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | OTHER | 1 | | | | | |
| 105 | MACHINERY & EQUIPMENT | | | | | | | | | | | | | |
| 106 | IRONER | 06/16/17 | 200DB | 5.00 | HY17 | 9,833. | | | 4,917. | 4,916. | 2,556. | | 944. | 3,500. |
| 107 | MODROTO BINS | 08/08/17 | 200DB | 5.00 | HY17 | 25,928. | | | 12,964. | 12,964. | 6,741. | | 2,489. | 9,230. |
| 108 | EQUIPMENT | 09/06/17 | 200DB | 5.00 | HY17 | 17,560. | | | 8,780. | 8,780. | 4,566. | | 1,686. | 6,252. |
| 109 | SHRINK TUNNEL | 09/08/17 | 200DB | 5.00 | HY17 | 3,404. | | | 1,702. | 1,702. | 885. | | 327. | 1,212. |
| 110 | COMPUTER | 09/14/17 | 200DB | 5.00 | HY17 | 5,072. | | | 2,536. | 2,536. | 1,319. | | 487. | 1,806. |
| 117 | EQUIPMENT | 06/29/18 | 200DB | 5.00 | HY17 | 17,908. | | | 17,908. | | | | 0. | 0. |
| 118 | EQUIPMENT | 07/24/18 | 200DB | 5.00 | HY17 | 13,209. | | | 13,209. | | | | 0. | 0. |
| 119 | EQUIPMENT | 08/28/18 | 200DB | 5.00 | HY17 | 67,013. | | | 67,013. | | | | 0. | 0. |
| 120 | EQUIPMENT | 11/01/18 | 200DB | 5.00 | HY17 | 2,625. | | | 2,625. | | | | 0. | 0. |
| * | OTHER TOTAL - | | | | | 264,454. | | | 191,856. | 72,598. | 37,751. | | 13,940. | 51,691. |
| 112 | EQUIPMENT | 05/08/17 | 200DB | 5.00 | HY17 | 855. | | | 428. | 427. | 222. | | 82. | 304. |
| 114 | EQUIPMENT | 01/31/18 | 200DB | 5.00 | HY17 | 4,924. | | | 4,924. | | | | 0. | 0. |
| 115 | EQUIPMENT | 03/31/18 | 200DB | 5.00 | HY17 | 7,150. | | | 7,150. | | | | 0. | 0. |
| 122 | SOFTROL SYSTEMS | 10/18/18 | | 36M | 43 | 24,420. | | | | 24,420. | 1,357. | | 8,140. | 9,497. |
| 123 | SEALERS | 08/28/18 | 200DB | 5.00 | HY17 | 15,600. | | | 15,600. | | | | 0. | 0. |
| 124 | TUNNEL | 08/28/18 | 200DB | 5.00 | HY17 | 3,600. | | | 3,600. | | | | 0. | 0. |
| 125 | EQUIPMENT | 08/29/18 | 200DB | 5.00 | HY17 | 10,000. | | | 10,000. | | | | 0. | 0. |

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

9.7

# 2019 DEPRECIATION AND AMORTIZATION REPORT

| Asset No. | Description | Date Acquired | Method | Life | C U S V / Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | OTHER | 1 | | | | | |
| 126 | EQUIPMENT | 02/28/18 | 200DB | 5.00 | HY17 | 3,569. | | | 3,569. | 24,847. | 1,579. | | 0. | 9,801. |
| 127 | EQUIPMENT | 01/05/19 | 200DB | 7.00 | MQ19C | 20,000. | | | 20,000. | | | | 20,000. | |
| 128 | EQUIPMENT | 04/29/19 | 200DB | 7.00 | MQ19C | 23,800. | | | 23,800. | | | | 23,800. | |
| 129 | EQUIPMENT | 11/26/19 | 200DB | 7.00 | MQ19C | 3,394. | | | 3,394. | | | | 3,394. | |
| 130 | EQUIPMENT | 12/19/19 | 200DB | 7.00 | MQ19C | 4,134. | | | 4,134. | | | | 4,134. | |
| 131 | EQUIPMENT | 03/04/19 | 200DB | 7.00 | MQ19C | 89,833. | | | 89,833. | | | | 89,833. | |
| 132 | EQUIPMENT | 08/01/19 | 200DB | 7.00 | MQ19C | 4,426. | | | 4,426. | | | | 4,426. | |
| 133 | SOFTROL SYSTEM | 11/01/19 | 200DB | 5.00 | MQ19B | 90,079. | | | 90,079. | | | | 90,079. | |
| 134 | EQUIPMENT | 12/02/19 | 200DB | 7.00 | MQ19C | 899. | | | 899. | | | | 899. | |
| * | OTHER TOTAL - | | | | | 306,683. | | 189,685. | 281,836. | | | | 244,787. | |
| 111 | SOFTROL SYSTEMS | 06/30/17 | 36M | | 43 | 36,575. | | | | 36,575. | 18,288. | | 12,192. | 30,480. |
| * | OTHER TOTAL - SOFTROL SYSTEMS | | | | | 36,575. | | | | 36,575. | 18,288. | | 12,192. | 30,480. |
| * | GRAND TOTAL OTHER DEPR & AMORT | | | | | 1,675,026. | | 189,685. | 555,257. | 930,084. | 718,315. | | 280,724. | 762,474. |
| | CURRENT YEAR ACTIVITY | | | | | | | | | | | | | |
| | BEGINNING BALANCE | | | | | 1,438,461. | | 189,685. | 318,692. | 930,084. | 718,315. | | | 762,474. |
| | ACQUISITIONS | | | | | 236,565. | | 0. | 236,565. | 0. | 0. | | | 762,474. |
| | DISPOSITIONS/RETIRED | | | | | 0. | | 0. | 0. | 0. | 0. | | | 0. |
| | ENDING BALANCE | | | | | 1,675,026. | | | 555,257. | 930,084. | 718,315. | | | 762,474. |

(D) - Asset disposed

*ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**Worksheet for Figuring Net Earnings (Loss) From Self-Employment**

| Name of partnership | | | | Employer identification number |
|---|---|---|---|---|
| **LAX IN-FLITE SERVICES** | | | | 47-2239367 |

| | | | | |
|---|---|---|---|---|
| 1 a Ordinary income (loss) (Schedule K, line 1) | 1a | -2,003,949. | | |
| b Net income (loss) from **CERTAIN** rental real estate activities | 1b | | | |
| c Net income (loss) from other rental activities (Schedule K, line 3c) | 1c | | | |
| d Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount | 1d | | | |
| e Other additions | 1e | | | |
| f Combine lines 1a through 1e | 1f | -2,003,949. | | |
| 2 a Net gain from Form 4797, Part II, line 17, included on line 1a above | 2a | | | |
| b Other subtractions | 2b | | | |
| c Add lines 2a and 2b | 2c | | | |
| 3 a Subtract line 2c from line 1f. If line 1f is a loss, increase the loss on line 1f by the amount on line 2c | 3a | -2,003,949. | | |
| b Part of line 3a allocated to limited partners, estates, trusts, corporations, exempt organizations, and IRAs | 3b | -1,863,673. | | |
| c Subtract line 3b from line 3a | | | 3c | -140,276. |
| 4 a Guaranteed payments to partners (Schedule K, line 4a) derived from a trade or business as defined in section 1402(c) | 4a | 82,550. | | |
| b Part of line 4a allocated to individual limited partners for **other than** services and to estates, trusts, corporations, exempt organizations, and IRAs | 4b | | | |
| c Subtract line 4b from line 4a | | | 4c | 82,550. |
| 5 Net earnings (loss) from self-employment. Combine lines 3c and 4c. Enter here and on Schedule K, line 14a | | | 5 | -57,726. |

## Qualified Business Income (Section 199A)

LAX IN-FLITE SERVICES

47-2239367

| SSTB | PTP | Description | EIN | Ordinary Business Income (Loss) | Rental Income (Loss) | Royalty Income (Loss) | Section 1231 Gain (Loss) | Other Income (Loss) | Section 179 Deduction |
|---|---|---|---|---|---|---|---|---|---|
| | | | | -2,003,949. | | | | | |
| | | TOTAL | | -2,003,949. | | | | | |

| SSTB | PTP | Description | Charitable Contributions | Other Deductions | W-2 Wages | Unadjusted Basis of Assets | Cooperative Qualified Business Income | W-2 Wages | Reserved |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 6,735,121. | 1,614,031. | | | |
| | | TOTAL | | | 6,735,121. | 1,614,031. | | | |

Qualified REIT dividends ......................

9.10

914821 12-19-10

**Worksheet for Adjusted Current Earnings Adjustments**

| Name of partnership | Employer identification number |
|---|---|
| **LAX IN-FLITE SERVICES** | **47-2239367** |

1. Additions to AMTI:
   a. Depreciation recomputed for AMT purposes ............................................ 260,392.
   b. Tax-exempt interest income
   c. Amortization of IRC 173 .....................................................................
   d. Depletion for post-1989 properties .....................................................
   e. Intangible drilling costs deducted from AMTI ....................................

   f. Total additions to AMTI ...................................................................................................... 260,392.

2. Deductions:
   a. Depreciation recomputed for ACE purposes ........................................ 260,392.
   b. Depletion recomputed for ACE purposes ............................................
   c. ACE intangible drilling costs ...........................................................

   d. Total deductions .................................................................................................................. 260,392.

3. Other adjustments:
   a. Basis adjustments from sales or exchanges .......................................
   b. Other adjustments .............................................................................

   c. Total other adjustments ...................................................................................................

4. Total adjustments to AMTI for ACE calculation. Combine lines 1f, 2d and 3c ........................................... 0.

| FORM 1065 | TAX EXPENSE | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| LLC FEES AND TAXES | 28,270. |
| PAYROLL TAX | 604,418. |
| REAL ESTATE TAXES | 19,070. |
| TOTAL TO FORM 1065, LINE 14 | 651,758. |

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ADJUSTMENT FOR CASH BASIS | 163,984. |
| ADVERTISING | 995. |
| AMORTIZATION EXPENSE | 20,332. |
| DUES & SUBSCRIPTIONS | 2,232. |
| EMPLOYEE TRAINING EXPENSE | 3,400. |
| EQUIPMENT LEASE | -3,135. |
| INSURANCE EXPENSE | 1,442,083. |
| LICENSES | 38,761. |
| MEALS | 711. |
| NY FACTORING ACCOUNTS | 82,211. |
| OFFICE EXPENSE | 55,815. |
| PAYROLL FEES | 21,089. |
| PEST CONTROL | 4,373. |
| POSTAGE & DELIVERY EXPENSE | 2,570. |
| PROFESSIONAL FEES | 207,066. |
| SECURITY | 765. |
| TELEPHONE | 36,105. |
| TRASH DISPOSAL | 29,061. |
| TRAVEL EXPENSE | 84,744. |
| TOTAL TO FORM 1065, LINE 20 | 2,193,162. |

| SCHEDULE K | INTEREST INCOME | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | U.S. BONDS | OTHER |
|---|---|---|
| INTEREST INCOME | | 497. |
| TOTAL TO SCHEDULE K, LINE 5 | | 497. |

LAX IN-FLITE SERVICES

47-2239367

| SCHEDULE K | NONDEDUCTIBLE EXPENSE | STATEMENT | 4 |
|---|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 710. |
| TOTAL TO SCHEDULE K, LINE 18C | 710. |

| SCHEDULE K | OTHER ITEMS | STATEMENT | 5 |
|---|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS RECEIPTS FOR SECTION 59A(E) | 11,140,731. |
| SECTION 199A - ORDINARY INCOME (LOSS) | -2,003,949. |
| SECTION 199A W-2 WAGES | 6,735,121. |
| SECTION 199A UNADJUSTED BASIS OF ASSETS | 1,614,031. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT | 6 |
|---|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| LOAN AND EXCHANGE | 2,694. | 4,238. |
| REFUNDABLE DEPOSIT | 15,189. | 72,349. |
| TOTAL TO SCHEDULE L, LINE 6 | 17,883. | 76,587. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT | 7 |
|---|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED EXPENSES | 462,000. | 462,000. |
| DUE TO AFFILIATES | 14,214. | 22,964. |
| GARNISHMENT | 1,926. | 560. |
| PAYROLL TAX LIABILITIES | 80. | 80. |
| TOTAL TO SCHEDULE L, LINE 17 | 478,220. | 485,604. |

FORM 1065                PARTNERS' CAPITAL ACCOUNT SUMMARY              STATEMENT    8

| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M-2 LNS 3, 4 & 7 | WITH- DRAWALS | ENDING CAPITAL |
|---|---|---|---|---|---|
| 1 | -1,250,810. | | -1,221,482. | | -2,472,292. |
| 2 | -318,933. | | -387,772. | | -706,705. |
| 3 | -208,038. | | -193,887. | | -401,925. |
| 4 | -145,625. | | -135,720. | | -281,345. |
| TOTAL | -1,923,406. | | -1,938,861. | | -3,862,267. |

| SCHEDULE M-1 | INCOME NOT RECORDED ON BOOKS THIS YEAR | STATEMENT 9 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| DECREASE IN ACCOUNTS RECEIVABLE | 95,502. |
| TOTAL TO SCHEDULE M-1, LINE 2 | 95,502. |

| SCHEDULE M-1 | EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN RETURN | STATEMENT 10 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| BAD DEBT EXPENSE | 3,181. |
| TOTAL TO SCHEDULE M-1, LINE 4 | 3,181. |

| SCHEDULE M-1 | DEDUCTIONS ON RETURN NOT CHARGED AGAINST BOOKS | STATEMENT 11 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| DECREASE IN ACCOUNTS PAYABLE | 163,984. |
| AMORTIZATION | 8,140. |
| TOTAL TO SCHEDULE M-1, LINE 7 | 172,124. |

| FORM 1125-A | OTHER COSTS | STATEMENT 12 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| TRUCKING | 320,406. |
| UTILITIES | 1,010,636. |
| TOTAL TO LINE 5 | 1,331,042. |

ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT

823107
04-01-19

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | ACE Cost Or Basis | Regular Depreciation | AMT Depreciation | ACE Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|
| 33 | FACTORY EXPANSION | 110110 | SL | 39.00 | 79,206. | 16,502. | 79,206. | 2,031. | 2,031. | 2,031. |
| 48 | LEASEHOLD IMPROVEMENT | 080212 | SL | 39.00 | 2,750. | 453. | 2,750. | 71. | 71. | 71. |
| 49 | LEASEHOLD IMPROVEMENT | 080212 | SL | 39.00 | 1,000. | 166. | 1,000. | 26. | 26. | 26. |
| 50 | LEASEHOLD IMPROVEMENT | 091212 | SL | 39.00 | 2,800. | 453. | 2,800. | 72. | 72. | 72. |
| 51 | LEASEHOLD IMPROVEMENT | 091212 | SL | 39.00 | 1,227. | 195. | 1,227. | 31. | 31. | 31. |
| 52 | LEASEHOLD IMPROVEMENT | 110812 | SL | 39.00 | 8,654. | 1,360. | 8,654. | 222. | 222. | 222. |
| 53 | LEASEHOLD IMPROVEMENT | 111012 | SL | 39.00 | 1,750. | 276. | 1,750. | 45. | 45. | 45. |
| 70 | LEASEHOLD IMPROVEMENT | 111012 | SL | 39.00 | 8,429. | 1,251. | 8,429. | 216. | 216. | 216. |
| 71 | LEASEHOLD IMPROVEMENT | 043013 | SL | 39.00 | 3,200. | 468. | 3,200. | 82. | 82. | 82. |
| 72 | LEASEHOLD IMPROVEMENT | 041113 | SL | 39.00 | 7,901. | 1,159. | 7,901. | 203. | 203. | 203. |
| 73 | LEASEHOLD IMPROVEMENT | 080113 | SL | 39.00 | 4,756. | 656. | 4,756. | 122. | 122. | 122. |
| 74 | LEASEHOLD IMPROVEMENT | 093013 | SL | 39.00 | 4,750. | 646. | 4,750. | 122. | 122. | 122. |
| 75 | LEASEHOLD IMPROVEMENT | 112613 | SL | 39.00 | 900. | 118. | 900. | 23. | 23. | 23. |
| 76 | LEASEHOLD IMPROVEMENT | 121613 | SL | 39.00 | 2,100. | 272. | 2,100. | 54. | 54. | 54. |
| 77 | LEASEHOLD IMPROVEMENT | 081012 | SL | 39.00 | 3,550. | 580. | 3,550. | 91. | 91. | 91. |
| 83 | LEASEHOLD IMPROVEMENT | 101115 | SL | 39.00 | 3,200. | 325. | 3,200. | 82. | 82. | 82. |
| 84 | LEASEHOLD IMPROVEMENT | 011015 | SL | 39.00 | 1,700. | 174. | 1,700. | 44. | 44. | 44. |
| 113 | LEASEHOLD IMPROVEMENT | 081417 | SL | 15.00 | 18,100. | 905. | 18,100. | 603. | 603. | 603. |
| 85 | CLEANING MACHINE | 120816 | 200DB | 7.00 | 16,000. | 4,501. | 16,000. | 1,000. | 1,000. | 1,000. |
| 86 | CHILLER | 020416 | 200DB | 7.00 | 2,000. | 563. | 2,000. | 125. | 125. | 125. |
| 87 | FLATWORK IRONER | 052012 | 200DB | 7.00 | 13,145. | 3,698. | 13,145. | 821. | 821. | 821. |
| 88 | EQUIPMENT | 120812 | 200DB | 7.00 | 4,810. | 1,354. | 4,810. | 300. | 300. | 300. |
| 89 | WASHER | 041416 | 200DB | 7.00 | 3,000. | 844. | 3,000. | 187. | 187. | 187. |
| 90 | WATER TANK | 041416 | 200DB | 7.00 | 3,000. | 844. | 3,000. | 187. | 187. | 187. |
| 91 | MODROTO BINS | 041816 | 200DB | 5.00 | 12,716. | 4,527. | 12,716. | 732. | 732. | 732. |
| 92 | MODROTO BINS | 072716 | 200DB | 5.00 | 24,752. | 8,811. | 24,752. | 1,426. | 1,426. | 1,426. |
| 93 | MODROTO BINS | 101916 | 200DB | 5.00 | 10,652. | 3,792. | 10,652. | 614. | 614. | 614. |
| 94 | MODROTO BINS | 111116 | 200DB | 5.00 | 4,734. | 1,685. | 4,734. | 273. | 273. | 273. |
| 95 | EQUIPMENT | 021717 | 200DB | 5.00 | 5,602. | 1,456. | 5,602. | 538. | 538. | 538. |
| 96 | EQUIPMENT | 061317 | 200DB | 5.00 | 10,087. | 2,623. | 10,087. | 968. | 968. | 968. |
| 97 | EQUIPMENT | 091517 | 200DB | 5.00 | 3,734. | 971. | 3,734. | 358. | 358. | 358. |
| 98 | MODROTO BINS | 091717 | 200DB | 5.00 | 7,403. | 1,924. | 7,403. | 711. | 711. | 711. |
| 101 | MODROTO BINS | 101717 | 200DB | 5.00 | 8,850. | 2,301. | 8,850. | 850. | 850. | 850. |
| 102 | MODROTO BINS | 051617 | 200DB | 5.00 | 2,746. | 714. | 2,746. | 264. | 264. | 264. |

13.1

ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT

928107
04-01-19

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | ACE Cost Or Basis | Regular Depreciation | AMT Depreciation | ACE Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|
| 103 | BOILER | 013017 | 200DB | 5.00 | 15,980. | 4,155. | 15,980. | 1,534. | 1,534. | 1,534. |
| 104 | EQUIPMENT | 031617 | 200DB | 5.00 | 19,000. | 4,940. | 19,000. | 1,824. | 1,824. | 1,824. |
| 105 | MACHINERY & EQUIPMENT | 081712 | 200DB | 5.00 | 10,000. | 2,600. | 10,000. | 960. | 960. | 960. |
| 106 | IRONER | 061617 | 200DB | 5.00 | 9,833. | 2,556. | 9,833. | 944. | 944. | 944. |
| 107 | MODROTO BINS | 081712 | 200DB | 5.00 | 25,928. | 6,741. | 25,928. | 2,489. | 2,489. | 2,489. |
| 108 | EQUIPMENT | 090617 | 200DB | 5.00 | 17,560. | 4,566. | 17,560. | 1,686. | 1,686. | 1,686. |
| 109 | SHRINK TUNNEL | 090817 | 200DB | 5.00 | 3,404. | 885. | 3,404. | 327. | 327. | 327. |
| 110 | COMPUTER | 091417 | 200DB | 5.00 | 885. | 1,319. | 885. | 487. | 487. | 487. |
| 112 | EQUIPMENT | 050817 | 200DB | 5.00 | 5,072. | 222. | 5,072. | 82. | 82. | 82. |
| 127 | EQUIPMENT | 010519 | 200DB | 7.00 | 855. |  | 855. | 855. | 855. | 855. |
| 128 | EQUIPMENT | 042919 | 200DB | 7.00 | 20,000. |  | 20,000. | 20,000. | 20,000. | 20,000. |
| 129 | EQUIPMENT | 112619 | 200DB | 7.00 | 23,800. |  | 23,800. | 23,800. | 23,800. | 23,800. |
| 130 | EQUIPMENT | 121919 | 200DB | 7.00 | 3,394. |  | 3,394. | 3,394. | 3,394. | 3,394. |
| 131 | EQUIPMENT | 030419 | 200DB | 7.00 | 4,134. |  | 4,134. | 4,134. | 4,134. | 4,134. |
| 132 | EQUIPMENT | 080119 | 200DB | 7.00 | 89,833. |  | 89,833. | 89,833. | 89,833. | 89,833. |
| 133 | SOFTROL SYSTEM | 110119 | 200DB | 5.00 | 4,426. |  | 4,426. | 4,426. | 4,426. | 4,426. |
| 134 | EQUIPMENT | 120219 | 200DB | 7.00 | 90,079. |  | 90,079. | 90,079. | 90,079. | 90,079. |
|  |  |  |  |  | 899. |  | 899. | 899. | 899. | 899. |
| | TOTALS | | | | 633,401. | 94,551. | 633,401. | 260,392. | 260,392. | 260,392. |

**2019 DEPRECIATION AND AMORTIZATION REPORT — CURRENT YEAR FEDERAL — LAX IN-FLITE SERVICES**

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Of Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 21 COMPRESSSORS AND AIR DRYER | 110110200 | 200DB | 5.00 | 19B | 20,000. | | | 20,000. | 20,000. | | 0. |
| 2 | SEALERS | 110110200 | 200DB | 5.00 | 17 | 30,000. | | | 30,000. | 30,000. | | 0. |
| 3 | JENSEN ACCUMULATOR | 110110200 | 200DB | 5.00 | 17 | 70,000. | | | 70,000. | 70,000. | | 0. |
| 4 | JENSEN AERO BLANKET FOLDER | 110110200 | 200DB | 5.00 | 17 | 80,000. | | | 80,000. | 80,000. | | 0. |
| 5 | AMI SUPER SUPER SYLON 4 ROLL IRONS | 110110200 | 200DB | 5.00 | 17 | 50,000. | | | 50,000. | 50,000. | | 0. |
| 6 | FLOOR SCALE | 110110200 | 200DB | 5.00 | 17 | 1,400. | | | 1,400. | 1,400. | | 0. |
| 7 | PARTS OF IRON, FOLDER | 110110200 | 200DB | 5.00 | 17 | 10,000. | | | 10,000. | 10,000. | | 0. |
| 8 | CARTS | 110110200 | 200DB | 5.00 | 17 | 14,000. | | | 14,000. | 14,000. | | 0. |
| 9 | WATER HEATER, TANK, PUMP | 110110200 | 200DB | 5.00 | 17 | 20,000. | | | 20,000. | 20,000. | | 0. |
| 10 | GREEN JET WET CLEANING MACHINE | 110110200 | 200DB | 5.00 | 17 | 18,000. | | | 18,000. | 18,000. | | 0. |
| 11 | 20 72P POLY CARTS | 110110200 | 200DB | 5.00 | 17 | 6,814. | | | 6,814. | 6,814. | | 0. |
| 13 | 5LB MILNOR WASHERS | 110110200 | 200DB | 5.00 | 17 | 40,000. | | | 40,000. | 40,000. | | 0. |
| 13 | 60LB MILNOR WASHER | 110110200 | 200DB | 5.00 | 17 | 9,000. | | | 9,000. | 9,000. | | 0. |
| 14 | 175LB DRYERS - 2 | 110110200 | 200DB | 5.00 | 17 | 18,000. | | | 18,000. | 18,000. | | 0. |
| 15 | 75LB DRYER | 110110200 | 200DB | 5.00 | 17 | 3,500. | | | 3,500. | 3,500. | | 0. |
| 16 | CARTS | 110110200 | 200DB | 5.00 | 17 | 14,000. | | | 14,000. | 14,000. | | 0. |
| 17 | JEAN BAUM | 110110200 | 200DB | 5.00 | 17 | 6,043. | | | 6,043. | 6,043. | | 0. |

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

**2019 DEPRECIATION AND AMORTIZATION REPORT - CURRENT YEAR FEDERAL - LAX IN-FLITE SERVICES**

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | MEESE - POLYTRUX | 11/01/10 | 200DB | 5.00 | 17 | 6,333. | | | 6,333. | 6,333. | | 0. |
| 19 | BRUCE MCLANE | 11/01/10 | 200DB | 5.00 | 17 | 5,000. | | | 5,000. | 5,000. | | 0. |
| 20 | ORTEGA TRUCKING | 11/01/10 | 200DB | 5.00 | 17 | 3,550. | | | 3,550. | 3,550. | | 0. |
| 21 | RF MCDONALD | 11/01/10 | 200DB | 5.00 | 17 | 22,173. | | | 22,173. | 22,173. | | 0. |
| 22 | HOSEMAN | 11/01/10 | 200DB | 5.00 | 17 | 812. | | | 812. | 812. | | 0. |
| 23 | ORTEGA TRUCKING | 11/01/10 | 200DB | 5.00 | 17 | 750. | | | 750. | 750. | | 0. |
| 24 | DIRECT MACHINERY | 11/01/10 | 200DB | 5.00 | 17 | 39,615. | | | 39,615. | 39,615. | | 0. |
| 25 | DIRECT MACHINERY | 11/01/10 | 200DB | 5.00 | 17 | 33,673. | | | 33,673. | 33,673. | | 0. |
| 26 | TINGUE, BROWN & CO | 11/01/10 | 200DB | 5.00 | 17 | 11,463. | | | 11,463. | 11,463. | | 0. |
| 27 | DIRECT MACHINERY | 11/01/10 | 200DB | 5.00 | 17 | 3,017. | | | 3,017. | 3,017. | | 0. |
| 28 | ELITE ATLANTA | 11/01/10 | 200DB | 5.00 | 17 | 614. | | | 614. | 614. | | 0. |
| 29 | RF MCDONALD | 11/01/10 | 200DB | 5.00 | 17 | 22,173. | | | 22,173. | 22,173. | | 0. |
| 30 | RF MCDONALD | 11/01/10 | 200DB | 5.00 | 17 | 2,769. | | | 2,769. | 2,769. | | 0. |
| 31 | RF MCDONALD WILLIAM & DAVIS | 12/08/10 | 200DB | 5.00 | 17 | 3,249. | | | 3,249. | 3,249. | | 0. |
| 32 | BROTHERS | 11/01/10 | 200DB | 5.00 | 17 | 22,760. | | | 22,760. | 22,760. | | 0. |
| 41 | HWP RIGGINGS | 01/01/11 | 200DB | 5.00 | 17 | 11,500. | | 11,500. | | | | 0. |
| 42 | RF MCDONALD | 06/08/11 | 200DB | 5.00 | 17 | 8,250. | | 8,250. | | | | 0. |
| 43 | TINGUE, BROWN & CO | 01/13/12 | 200DB | 5.00 | 17 | 5,963. | | 5,963. | | | | 0. |

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

028102  04-01-19

**2019 DEPRECIATION AND AMORTIZATION REPORT - CURRENT YEAR FEDERAL - LAX IN-FLITE SERVICES**

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | FIRST PACKAGING SYS | 021512 | 200DB | 5.00 | 17 | 4,894. | | 2,447. | 2,447. | 2,447. | | 0. |
| 45 | JUNYU TRADING CO | 050412 | 200DB | 5.00 | 17 | 1,165. | | 583. | 582. | 582. | | 0. |
| 46 | MEESE ORBITRON | 050412 | 200DB | 5.00 | 17 | 6,395. | | 6,395. | | | | 0. |
| 47 | MEESE ORBITRON | 121312 | 200DB | 5.00 | 17 | 2,795. | | 2,795. | | | | 0. |
| 54 | EQUIPMENT | 021213 | 200DB | 5.00 | 17 | 7,192. | | 7,192. | | | | 0. |
| 55 | MEESE ORBITRON | 011413 | 200DB | 5.00 | 17 | 3,205. | | 3,205. | | | | 0. |
| 56 | EQUIPMENT | 011613 | 200DB | 5.00 | 17 | 1,053. | | 1,053. | | | | 0. |
| 57 | MEESE ORBITRON | 021313 | 200DB | 5.00 | 17 | 2,783. | | 2,783. | | | | 0. |
| 58 | FACTORY EQUIPMENT | 032213 | 200DB | 5.00 | 17 | 2,226. | | 2,226. | | | | 0. |
| 59 | MEESE ORBITRON HEATING & COOLING | 032713 | 200DB | 5.00 | 17 | 2,781. | | 2,781. | | | | 0. |
| 60 | MACHINE | 032713 | 200DB | 5.00 | 17 | 1,859. | | 1,859. | | | | 0. |
| 61 | MEESE ORBITRON | 032813 | 200DB | 5.00 | 17 | 5,127. | | 5,127. | | | | 0. |
| 62 | PLUMBING | 040413 | 200DB | 5.00 | 17 | 3,000. | | 3,000. | | | | 0. |
| 63 | DIRECT MACHINERY | 041013 | 200DB | 5.00 | 17 | 77,265. | | 77,265. | | | | 0. |
| 64 | MARQUEZ | 042313 | 200DB | 5.00 | 17 | 2,850. | | 2,850. | | | | 0. |
| 65 | MEESE ORBITRON | 042513 | 200DB | 5.00 | 17 | 3,234. | | 3,234. | | | | 0. |
| 66 | EQUIPMENT | 070113 | 200DB | 5.00 | 17 | 5,174. | | 5,174. | | | | 0. |
| 67 | DIRECT MACHINERY | 070113 | 200DB | 5.00 | 17 | 405. | | 405. | | | | 0. |

028102 04-01-10

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

928102 04-01-10

# 2019 DEPRECIATION AND AMORTIZATION REPORT - CURRENT YEAR FEDERAL - LAX IN-FLITE SERVICES

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Of Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | EQUIPMENT | 101613 | 200DB | 5.00 | 17 | 5,452. | | 5,452. | | | | 0. |
| 69 | FERGUSON | 110513 | 200DB | 5.00 | 17 | 3,788. | | 3,788. | | | | 0. |
| 78 | FERGUSON | 040513 | 200DB | 5.00 | 17 | 4,000. | | 4,000. | | | | 0. |
| 79 | FLYNN SCALE | 010115 | 200DB | 7.00 | 17 | 1,684. | | 1,684. | | | | 0. |
| 80 | MEESE ORBITRON | 010115 | 200DB | 7.00 | 17 | 9,194. | | 9,194. | | | | 0. |
| 81 | MEESE ORBITRON | 010115 | 200DB | 7.00 | 17 | 10,303. | | 10,303. | | | | 0. |
| 82 | LES PRINGLES | 010115 | 200DB | 7.00 | 17 | 2,207. | | 2,207. | | | | 0. |
| * | OTHER TOTAL - | | | | | 784,452. | | 192,715. | 591,737. | 591,737. | | 0. |
| 40 | TRUCK | 110110 | 200DB | 5.00 | 17 | 10,000. | | | 10,000. | 10,000. | | 0. |
| * | OTHER TOTAL - | | | | | 10,000. | | | 10,000. | 10,000. | | 0. |
| 34 | COMPUTER | 111010 | 200DB | 5.00 | 17 | 2,280. | | 2,280. | | 2,280. | | 0. |
| * | OTHER TOTAL - | | | | | 2,280. | | 2,280. | 0. | 2,280. | | 0. |
| 33 | FACTORY EXPANSION LEASEHOLD | 110110 | SL | 39.00 | 17 | 79,206. | | | 79,206. | 16,502. | | 2,031. |
| 48 | IMPROVEMENT LEASEHOLD | 080212 | SL | 39.00 | 17 | 2,750. | | | 2,750. | 453. | | 71. |
| 49 | IMPROVEMENT LEASEHOLD | 080212 | SL | 39.00 | 17 | 1,000. | | | 1,000. | 166. | | 26. |
| 50 | IMPROVEMENT LEASEHOLD | 091212 | SL | 39.00 | 17 | 2,800. | | | 2,800. | 453. | | 72. |
| 51 | IMPROVEMENT LEASEHOLD | 091212 | SL | 39.00 | 17 | 1,227. | | | 1,227. | 195. | | 31. |
| 52 | IMPROVEMENT | 110812 | SL | 39.00 | 17 | 8,654. | | | 8,654. | 1,360. | | 222. |

(D) - Asset disposed          * ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

028102 04-01-19

2019 DEPRECIATION AND AMORTIZATION REPORT - CURRENT YEAR FEDERAL - LAX IN-FLITE SERVICES

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | IMPROVEMENT LEASEHOLD | 111012 | SL | 39.00 | 17 | 1,750. | | | 1,750. | 276. | | 45. |
| 70 | IMPROVEMENT LEASEHOLD | 031813 | SL | 39.00 | 17 | 8,429. | | | 8,429. | 1,251. | | 216. |
| 71 | IMPROVEMENT LEASEHOLD | 043013 | SL | 39.00 | 17 | 3,200. | | | 3,200. | 468. | | 82. |
| 72 | IMPROVEMENT LEASEHOLD | 041113 | SL | 39.00 | 17 | 7,901. | | | 7,901. | 1,159. | | 203. |
| 73 | IMPROVEMENT LEASEHOLD | 080113 | SL | 39.00 | 17 | 4,756. | | | 4,756. | 656. | | 122. |
| 74 | IMPROVEMENT LEASEHOLD | 093013 | SL | 39.00 | 17 | 4,750. | | | 4,750. | 646. | | 122. |
| 75 | IMPROVEMENT LEASEHOLD | 112613 | SL | 39.00 | 17 | 900. | | | 900. | 118. | | 23. |
| 76 | IMPROVEMENT LEASEHOLD | 121613 | SL | 39.00 | 17 | 2,100. | | | 2,100. | 272. | | 54. |
| 77 | IMPROVEMENT LEASEHOLD | 081012 | SL | 39.00 | 17 | 3,550. | | | 3,550. | 682. | | 91. |
| 83 | IMPROVEMENT LEASEHOLD | 010115 | SL | 39.00 | 17 | 3,200. | | | 3,200. | 325. | | 82. |
| 84 | IMPROVEMENT LEASEHOLD | 010115 | SL | 39.00 | 17 | 1,700. | | | 1,700. | 174. | | 44. |
| 113 | IMPROVEMENT LEASEHOLD | 081417 | SL | 15.00 | 17 | 18,100. | | 9,050. | 9,050. | 905. | | 603. |
| 116 | IMPROVEMENT LEASEHOLD | 052318 | SL | 15.00 | 17 | 19,800. | | 19,800. | | | | 0. |
| | * OTHER TOTAL - | | | | | 175,773. | | 28,850. | 146,923. | 26,061. | | 4,140. |
| 85 | CLEANING MACHINE | 012816 | 200DB | 7.00 | 17 | 16,000. | | 8,000. | 8,000. | 4,501. | 1,000. | 1,000. |
| 86 | CHILLER | 020416 | 200DB | 7.00 | 17 | 2,000. | | 1,000. | 1,000. | 563. | | 125. |
| 87 | FLATWORK IRONER | 052016 | 200DB | 7.00 | 17 | 13,145. | | 6,573. | 6,572. | 3,698. | | 821. |
| 88 | EQUIPMENT | 120818 | 200DB | 7.00 | 17 | 4,810. | | 2,405. | 2,405. | 1,354. | | 300. |

(D) - Asset disposed

*ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

**2019 DEPRECIATION AND AMORTIZATION REPORT**

**- CURRENT YEAR FEDERAL - LAX IN-FLITE SERVICES**

928102 04-01-19

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Of Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 89 | WASHER | 041416 | 200DB | 7.00 | 17 | 3,000. | | 1,500. | 1,500. | 844. | | 187. |
| 90 | WATER TANK | 041416 | 200DB | 7.00 | 17 | 3,000. | | 1,500. | 1,500. | 844. | | 187. |
| * | OTHER TOTAL - | | | | | 41,955. | | 20,978. | 20,977. | 11,804. | | 2,620. |
| 91 | MODROTO BINS | 041816 | 200DB | 5.00 | 17 | 12,716. | | 6,358. | 6,358. | 4,527. | | 732. |
| 92 | MODROTO BINS | 072716 | 200DB | 5.00 | 17 | 24,752. | | 12,376. | 12,376. | 8,811. | | 1,426. |
| 93 | MODROTO BINS | 101916 | 200DB | 5.00 | 17 | 10,652. | | 5,326. | 5,326. | 3,792. | | 614. |
| 94 | MODROTO BINS | 111116 | 200DB | 5.00 | 17 | 4,734. | | 2,367. | 2,367. | 1,685. | | 273. |
| * | OTHER TOTAL - | | | | | 52,854. | | 26,427. | 26,427. | 18,815. | | 3,045. |
| 95 | EQUIPMENT | 021717 | 200DB | 5.00 | 17 | 5,602. | | 2,801. | 2,801. | 1,456. | | 538. |
| 96 | EQUIPMENT | 061317 | 200DB | 5.00 | 17 | 10,087. | | 5,044. | 5,043. | 2,623. | | 968. |
| 97 | EQUIPMENT | 091517 | 200DB | 5.00 | 17 | 3,734. | | 1,867. | 1,867. | 971. | | 358. |
| 98 | MODROTO BINS | 091717 | 200DB | 5.00 | 17 | 7,403. | | 3,702. | 3,701. | 1,924. | | 711. |
| 99 | EQUIPMENT | 102417 | 200DB | 5.00 | 17 | 3,500. | | 3,500. | | | | 0. |
| 100 | EQUIPMENT | 120517 | 200DB | 5.00 | 17 | 15,000. | | 15,000. | | | | 0. |
| 101 | MODROTO BINS | 011717 | 200DB | 5.00 | 17 | 8,850. | | 4,425. | 4,425. | 2,301. | | 850. |
| 102 | MODROTO BINS | 051617 | 200DB | 5.00 | 17 | 2,746. | | 1,373. | 1,373. | 714. | | 264. |
| 103 | BOILER | 013017 | 200DB | 5.00 | 17 | 15,980. | | 7,990. | 7,990. | 4,155. | | 1,534. |
| 104 | EQUIPMENT | 031617 | 200DB | 5.00 | 17 | 19,000. | | 9,500. | 9,500. | 4,940. | | 1,824. |

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

**2019 DEPRECIATION AND AMORTIZATION REPORT - CURRENT YEAR FEDERAL - LAX IN-FLITE SERVICES**

028102 04-01-19

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Of Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MACHINERY & | | | | | | | | | | | |
| 105 | EQUIPMENT | 060817 | 200DB | 5.00 | 17 | 10,000. | | 5,000. | 5,000. | 2,600. | | 960. |
| 106 | IRONER | 061617 | 200DB | 5.00 | 17 | 9,833. | | 4,917. | 4,916. | 2,556. | | 944. |
| 107 | MORBOTO BINS | 080817 | 200DB | 5.00 | 17 | 25,928. | | 12,964. | 12,964. | 6,741. | | 2,489. |
| 108 | EQUIPMENT | 090617 | 200DB | 5.00 | 17 | 17,560. | | 8,780. | 8,780. | 4,566. | | 1,686. |
| 109 | SHRINK TUNNEL | 090817 | 200DB | 5.00 | 17 | 3,404. | | 1,702. | 1,702. | 885. | | 327. |
| 110 | COMPUTER | 091417 | 200DB | 5.00 | 17 | 5,072. | | 2,536. | 2,536. | 1,319. | | 487. |
| 117 | EQUIPMENT | 062918 | 200DB | 5.00 | 17 | 17,908. | | 17,908. | | | | 0. |
| 118 | EQUIPMENT | 072418 | 200DB | 5.00 | 17 | 13,209. | | 13,209. | | | | 0. |
| 119 | EQUIPMENT | 082818 | 200DB | 5.00 | 17 | 67,013. | | 67,013. | | | | 0. |
| 120 | EQUIPMENT | 110118 | 200DB | 5.00 | 17 | 2,625. | | 2,625. | | | | 0. |
| | * OTHER TOTAL - | | | | | 264,454. | | 191,856. | 72,598. | 37,751. | | 13,940. |
| 112 | EQUIPMENT | 050817 | 200DB | 5.00 | 17 | 855. | | 428. | 427. | 222. | | 82. |
| 114 | EQUIPMENT | 013118 | 200DB | 5.00 | 17 | 4,924. | | 4,924. | | | | 0. |
| 115 | EQUIPMENT | 033118 | 200DB | 5.00 | 17 | 7,150. | | 7,150. | | | | 0. |
| 122 | SOFTROL SYSTEMS | 101818 | | 36M | 43 | 24,420. | | | 24,420. | 1,357. | | 8,140. |
| 123 | SEALERS | 082818 | 200DB | 5.00 | 17 | 15,600. | | 15,600. | | | | 0. |
| 124 | TUNNEL | 082818 | 200DB | 5.00 | 17 | 3,600. | | 3,600. | | | | 0. |
| 125 | EQUIPMENT | 082918 | 200DB | 5.00 | 17 | 10,000. | | 10,000. | | | | 0. |

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

928102 04-01-19

## 2019 DEPRECIATION AND AMORTIZATION REPORT - CURRENT YEAR FEDERAL - LAX IN-FLITE SERVICES

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Of Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 126 | EQUIPMENT | 022818 | 200DB | 5.00 | 17 | 3,569. | | 3,569. | | | | 0. |
| 127 | EQUIPMENT | 010519 | 200DB | 7.00 | 19C | 20,000. | | 20,000. | | | | 20,000. |
| 128 | EQUIPMENT | 042919 | 200DB | 7.00 | 19C | 23,800. | | 23,800. | | | | 23,800. |
| 129 | EQUIPMENT | 112619 | 200DB | 7.00 | 19C | 3,394. | | 3,394. | | | | 3,394. |
| 130 | EQUIPMENT | 121919 | 200DB | 7.00 | 19C | 4,134. | | 4,134. | | | | 4,134. |
| 131 | EQUIPMENT | 030419 | 200DB | 7.00 | 19C | 89,833. | | 89,833. | | | | 89,833. |
| 132 | EQUIPMENT | 080119 | 200DB | 7.00 | 19C | 4,426. | | 4,426. | | | | 4,426. |
| 133 | SOFTROL SYSTEM | 110119 | 200DB | 5.00 | 19B | 90,079. | | 90,079. | | | | 90,079. |
| 134 | EQUIPMENT | 120219 | 200DB | 7.00 | 19C | 899. | | 899. | | | | 899. |
| | * OTHER TOTAL - | | | | | 306,683. | | 281,836. | 24,847. | 1,579. | | 244,787. |
| 111 | SOFTROL SYSTEMS | 063017 | | 36M | 43 | 36,575. | | 36,575. | 36,575. | 18,288. | | 12,192. |
| | * OTHER TOTAL - | | | | | 36,575. | | | 36,575. | 18,288. | | 12,192. |
| | * GRAND TOTAL OTHER DEPR & AMORT | | | | | 1675026. | | 744,942. | 930,084. | 718,315. | | 280,724. |
| | CURRENT YEAR ACTIVITY | | | | | | | | | | | |
| | BEGINNING BALANCE | | | | | 1438461. | | 508,377. | 930,084. | 718,315. | | |
| | ACQUISITIONS | | | | | 236,565. | | 236,565. | 0. | 0. | | |
| | DISPOSITIONS | | | | | 0. | | 0. | 0. | 0. | | |
| | ENDING BALANCE | | | | | 1675026. | | 744,942. | 930,084. | 718,315. | | |

(D) - Asset disposed          * ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

651119

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2019**
For calendar year 2019, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

▶ **See separate instructions.**

☐ Final K-1   ☐ Amended K-1      OMB No. 1545-0123

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | |
|---|---|
| **1** Ordinary business income (loss)  -1,262,488. | **15** Credits |
| **2** Net rental real estate income (loss) | **16** Foreign transactions |
| **3** Other net rental income (loss) | |
| **4a** Guaranteed payments for services | |
| **4b** Guaranteed payments for capital | |
| **4c** Total guaranteed payments | **17** Alternative min tax (AMT) items |
| **5** Interest income  313. | |
| **6a** Ordinary dividends | **18** Tax-exempt income and nondeductible expenses |
| **6b** Qualified dividends | C*            447. |
| **6c** Dividend equivalents | **19** Distributions |
| **7** Royalties | |
| **8** Net short-term capital gain (loss) | **20** Other information |
| **9a** Net long-term capital gain (loss) | A            313. |
| | Z   *         STMT |
| **9b** Collectibles (28%) gain (loss) | AG  *  7,018,661. |
| **9c** Unrecaptured section 1250 gain | |
| **10** Net section 1231 gain (loss) | |
| **11** Other income (loss) | |
| **12** Section 179 deduction | |
| **13** Other deductions | |
| **14** Self-employment earnings (loss)   A            0. | |

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-2239367

**B** Partnership's name, address, city, state, and ZIP code

LAX IN-FLITE SERVICES
11 07 REDFERN AVENUE
FAR ROCKAWAY, NY  11691

**C** IRS Center where partnership filed return ▶
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
11-3521506

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ELITE GG & K ASSOCIATES
20 HORSE HILL ROAD
BROOKVILLE, NY  11545

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here  ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 63.0000000% | 63.0000000% |
| Loss | 63.0000000% | 63.0000000% |
| Capital | 63.0000000% | 63.0000000% |

☐ Check if decrease is due to sale or exchange of partnership interest

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse $ | | $ |
| Qualified nonrecourse financing $ | | $ |
| Recourse $ | 0. | $ 0. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L**      Partner's Capital Account Analysis
     SEE STATEMENT

| | |
|---|---|
| Beginning capital account | $ -1,250,810. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ -1,262,175. |
| Other increase (decrease) (attach explanation) | $ 40,693. |
| Withdrawals & distributions | $( ) |
| Ending capital account | $ -2,472,292. |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ..... $ _____
Ending ..... $ _____

**21** ☐ More than one activity for at-risk purposes*
**22** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

911261  12-30-19  LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2019**

1

**LAX IN-FLITE SERVICES**                                                        47-2239367

---

SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 447. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 447. |

---

SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | -1,262,488. |
| W-2 WAGES | 4,243,127. |
| UNADJUSTED BASIS OF ASSETS | 1,016,840. |

PARTNER NUMBER 1

LAX IN-FLITE SERVICES                                              47-2239367

---

## SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20,
UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE
AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE
1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

---

## SCHEDULE K-1   GROSS RECEIPTS - SECTION 59A(E), BOX 20, CODE AG

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| GROSS RECEIPTS FOR SECTION 59A(E) | SEE IRS SCH. K-1 INSTRUCTIONS | 7,018,661. |
| TOTAL TO SCHEDULE K-1, LINE 20 AG | | 7,018,661. |

---

## SCHEDULE K-1          CURRENT YEAR NET INCOME (LOSS) AND
## OTHER INCREASES(DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | -1,262,488. | |
| INTEREST INCOME | 313. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -1,262,175. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -1,262,175. |
| | | |
| AMORTIZATION ON RETURN AND NOT ON BOOKS | | 5,128. |
| DEPRECIATION ON BOOKS AND NOT ON RETURN | | -5,128. |
| NONDEDUCTIBLE EXPENSES | | -447. |
| BAD DEBT EXPENSE | | -2,004. |
| DECREASE IN ACCOUNTS PAYABLE | | 103,310. |
| DECREASE IN ACCOUNTS RECEIVABLE | | -60,166. |
| TOTAL OTHER INCREASES OR DECREASES | | 40,693. |

PARTNER NUMBER 1

**LAX IN-FLITE SERVICES**                                          47-2239367

---

SCHEDULE K-1              ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS

---

GAAP

PARTNER NUMBER 1

651119

| Schedule K-1<br>(Form 1065)<br>Department of the Treasury<br>Internal Revenue Service | **2019**<br><small>For calendar year 2019, or tax year</small> | ☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123 |
|---|---|---|

**Part III    Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

beginning [ ]    ending [ ]

**Partner's Share of Income, Deductions, Credits, etc.**    ▶ **See separate instructions.**

| | |
|---|---|
| **Part I    Information About the Partnership** | |
| **A** Partnership's employer identification number<br>47-2239367 | |
| **B** Partnership's name, address, city, state, and ZIP code<br><br>LAX IN-FLITE SERVICES<br>11 07 REDFERN AVENUE<br>FAR ROCKAWAY, NY   11691 | |
| **C** IRS Center where partnership filed return ▶<br>E-FILE | |
| **D** ☐ Check if this is a publicly traded partnership (PTP) | |
| **Part II    Information About the Partner** | |
| **E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)<br>95-3933131 | |
| **F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.<br><br>ROYAL AIRLINE INC<br>125 NORTH ASH AVENUE<br>INGLEWOOD, CA   90301 | |

**Part III** income items:

| # | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -400,790. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | 100. |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |

| # | Item | Amount |
|---|---|---|
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative min tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | C*   142. |
| 19 | Distributions | |
| 20 | Other information | A   100.<br>Z   *   STMT |

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?   CORPORATION

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here .......... ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 20.0000000% | 20.0000000% |
| Loss | 20.0000000% | 20.0000000% |
| Capital | 20.0000000% | 20.0000000% |

Check if decrease is due to sale or exchange of partnership interest .......... ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L**    **Partner's Capital Account Analysis**
    SEE STATEMENT

| | |
|---|---|
| Beginning capital account | $   -318,933. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $   -400,690. |
| Other increase (decrease) (attach explanation) | $   12,918. |
| Withdrawals & distributions | $( ) |
| Ending capital account | $   -706,705. |

**21** ☐ More than one activity for at-risk purposes*
**22** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No    If "Yes," attach statement. See instructions.

**N**    **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning .......... $
Ending .......... $

*For IRS Use Only*

911261  12-30-19  LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2019**

2

LAX IN-FLITE SERVICES                                                    47-2239367

---

## SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 142. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 142. |

---

## SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | -400,790. |
| W-2 WAGES | 1,347,025. |
| UNADJUSTED BASIS OF ASSETS | 322,806. |

PARTNER NUMBER 2

**LAX IN-FLITE SERVICES**

47-2239367

## SCHEDULE K-1        SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20,
UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE
AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE
1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

## SCHEDULE K-1        CURRENT YEAR NET INCOME (LOSS) AND
OTHER INCREASES(DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | -400,790. | |
| INTEREST INCOME | 100. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -400,690. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -400,690. |
| | | |
| AMORTIZATION ON RETURN AND NOT ON BOOKS | | 1,628. |
| DEPRECIATION ON BOOKS AND NOT ON RETURN | | -1,628. |
| NONDEDUCTIBLE EXPENSES | | -142. |
| BAD DEBT EXPENSE | | -636. |
| DECREASE IN ACCOUNTS PAYABLE | | 32,797. |
| DECREASE IN ACCOUNTS RECEIVABLE | | -19,101. |
| TOTAL OTHER INCREASES OR DECREASES | | 12,918. |

PARTNER NUMBER 2

**LAX IN-FLITE SERVICES**                                                    47-2239367

---

SCHEDULE K-1          ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS

---

GAAP

PARTNER NUMBER 2

651119

| Schedule K-1 (Form 1065) | | |
|---|---|---|

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2019**
For calendar year 2019, or tax year

beginning _____  ending _____

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**    ▶ **See separate instructions.**

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| Part I   Information About the Partnership | Part III items |
|---|---|

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
47-2239367

**1** Ordinary business income (loss)
–200,395.

**15** Credits

**B** Partnership's name, address, city, state, and ZIP code

**LAX IN-FLITE SERVICES**
**11 07 REDFERN AVENUE**
**FAR ROCKAWAY, NY  11691**

**2** Net rental real estate income (loss)

**3** Other net rental income (loss)

**16** Foreign transactions

**C** IRS Center where partnership filed return ▶
**E-FILE**

**4a** Guaranteed payments for services

**D** ☐ Check if this is a publicly traded partnership (PTP)

**4b** Guaranteed payments for capital

**Part II   Information About the Partner**

**4c** Total guaranteed payments

**17** Alternative min tax (AMT) items

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
27-3460217

**5** Interest income
49.

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

**L & E AIRLINE SERVICES**
**13404 PRARIE AVENUE**
**HAWTHORNE, CA  90250**

**6a** Ordinary dividends

**18** Tax-exempt income and nondeductible expenses
C*      71.

**6b** Qualified dividends

**6c** Dividend equivalents

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**7** Royalties

**19** Distributions

**H1** ☒ Domestic partner    ☐ Foreign partner

**8** Net short-term capital gain (loss)

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

**20** Other information
A        49.
Z   *      STMT

TIN _____  Name _____

**9a** Net long-term capital gain (loss)

**I1** What type of entity is this partner?  **PARTNERSHIP**

**9b** Collectibles (28%) gain (loss)

AG  *  1,114,073.

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**9c** Unrecaptured section 1250 gain

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 10.0000000% | 10.0000000% |
| Loss | 10.0000000% | 10.0000000% |
| Capital | 10.0000000% | 10.0000000% |

**10** Net section 1231 gain (loss)

Check if decrease is due to sale or exchange of partnership interest ☐

**11** Other income (loss)

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $  0. | $  0. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**12** Section 179 deduction

**13** Other deductions

**L**   **Partner's Capital Account Analysis**
**SEE STATEMENT**

| | |
|---|---|
| Beginning capital account | $  –208,038. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $  –200,346. |
| Other increase (decrease) (attach explanation) | $  6,459. |
| Withdrawals & distributions | $( ) |
| Ending capital account | $  –401,925. |

**14** Self-employment earnings (loss)
A        0.

**21** ☐ More than one activity for at-risk purposes*
**22** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ......... $ _____
Ending ......... $ _____

For IRS Use Only

911261  12-30-19   LHA   **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2019**

3

LAX IN-FLITE SERVICES                                                47-2239367

---

## SCHEDULE K-1        NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 71. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 71. |

---

## SCHEDULE K-1        SECTION 199A INFORMATION, BOX 20, CODE Z

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | -200,395. |
| W-2 WAGES | 673,512. |
| UNADJUSTED BASIS OF ASSETS | 161,403. |

PARTNER NUMBER 3

LAX IN-FLITE SERVICES                                                    47-2239367

---

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

---

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20,
UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE
AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE
1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

---

SCHEDULE K-1  GROSS RECEIPTS - SECTION 59A(E), BOX 20, CODE AG

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| GROSS RECEIPTS FOR SECTION 59A(E) | SEE IRS SCH. K-1 INSTRUCTIONS | 1,114,073. |
| TOTAL TO SCHEDULE K-1, LINE 20 AG | | 1,114,073. |

---

SCHEDULE K-1          CURRENT YEAR NET INCOME (LOSS) AND
                      OTHER INCREASES(DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | -200,395. | |
| INTEREST INCOME | 49. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -200,346. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -200,346. |
| | | |
| AMORTIZATION ON RETURN AND NOT ON BOOKS | | 814. |
| DEPRECIATION ON BOOKS AND NOT ON RETURN | | -814. |
| NONDEDUCTIBLE EXPENSES | | -71. |
| BAD DEBT EXPENSE | | -318. |
| DECREASE IN ACCOUNTS PAYABLE | | 16,398. |
| DECREASE IN ACCOUNTS RECEIVABLE | | -9,550. |
| TOTAL OTHER INCREASES OR DECREASES | | 6,459. |

PARTNER NUMBER 3

LAX IN-FLITE SERVICES                                                    47-2239367

---

**SCHEDULE K-1**          **ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS**

---

GAAP

PARTNER NUMBER 3

651119

| Schedule K-1 (Form 1065)<br>Department of the Treasury<br>Internal Revenue Service | **2019**<br>For calendar year 2019, or tax year | ☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123 |
|---|---|---|

beginning [ ]  ending [ ]

**Partner's Share of Income, Deductions, Credits, etc.**  ► See separate instructions.

| **Part III** Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|

| Part I   Information About the Partnership |
|---|

**A** Partnership's employer identification number
47-2239367

**B** Partnership's name, address, city, state, and ZIP code

LAX IN-FLITE SERVICES
11 07 REDFERN AVENUE
FAR ROCKAWAY, NY  11691

**C** IRS Center where partnership filed return ►
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II   Information About the Partner |
|---|

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
██████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

EDDIE URRUTIA
13404 PRARIE AVENUE
HAWTHORNE, CA  90250

**G** ☒ General partner or LLC member-manager  ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner  ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here  ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 7.0000000% | 7.0000000% |
| Loss | 7.0000000% | 7.0000000% |
| Capital | 7.0000000% | 7.0000000% |

Check if decrease is due to sale or exchange of partnership interest  ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse  $ | | $ |
| Qualified nonrecourse financing  $ | | $ |
| Recourse  $ | 0. | $ 0. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L**   **Partner's Capital Account Analysis**
SEE STATEMENT

| | |
|---|---|
| Beginning capital account  $ | -145,625. |
| Capital contributed during the year  $ | |
| Current year net income (loss)  $ | -140,241. |
| Other increase (decrease) (attach explanation)  $ | 4,521. |
| Withdrawals & distributions  $( | ) |
| Ending capital account  $ | -281,345. |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning _____  $
Ending _____  $

| 1 Ordinary business income (loss)<br>-140,276. | 15 Credits |
|---|---|
| 2 Net rental real estate income (loss) | |
| 3 Other net rental income (loss) | 16 Foreign transactions |
| 4a Guaranteed payments for services<br>82,550. | |
| 4b Guaranteed payments for capital | |
| 4c Total guaranteed payments<br>82,550. | 17 Alternative min tax (AMT) items |
| 5 Interest income<br>35. | |
| 6a Ordinary dividends | 18 Tax-exempt income and nondeductible expenses<br>C*  50. |
| 6b Qualified dividends | |
| 6c Dividend equivalents | |
| 7 Royalties | 19 Distributions |
| 8 Net short-term capital gain (loss) | 20 Other information |
| 9a Net long-term capital gain (loss) | A  35. |
|  | Z  *  STMT |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured section 1250 gain | |
| 10 Net section 1231 gain (loss) | |
| 11 Other income (loss) | |
| 12 Section 179 deduction | |
| 13 Other deductions | |
| 14 Self-employment earnings (loss)<br>A  -57,726.<br>C  167,180. | |
| 21 ☐ More than one activity for at-risk purposes*<br>22 ☐ More than one activity for passive activity purposes*<br>*See attached statement for additional information. | |

For IRS Use Only

911261 12-30-19  LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2019

**LAX IN-FLITE SERVICES**                                          47-2239367

---

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 18, CODE C |
|---|---|

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 50. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 50. |

---

| SCHEDULE K-1 | SECTION 199A INFORMATION, BOX 20, CODE Z |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|

TRADE OR BUSINESS -

| | |
|---|---|
| ORDINARY INCOME (LOSS) | -140,276. |
| SELF-EMPLOYMENT EARNINGS(LOSS) | -57,726. |
| W-2 WAGES | 471,457. |
| UNADJUSTED BASIS OF ASSETS | 112,982. |

PARTNER NUMBER 4

LAX IN-FLITE SERVICES                                                    47-2239367

---

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

---

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20,
UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE
AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE
1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

---

SCHEDULE K-1          CURRENT YEAR NET INCOME (LOSS) AND
                      OTHER INCREASES(DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | -140,276. | |
| INTEREST INCOME | 35. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -140,241. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -140,241. |
| | | |
| AMORTIZATION ON RETURN AND NOT ON BOOKS | | 570. |
| DEPRECIATION ON BOOKS AND NOT ON RETURN | | -570. |
| NONDEDUCTIBLE EXPENSES | | -50. |
| BAD DEBT EXPENSE | | -223. |
| DECREASE IN ACCOUNTS PAYABLE | | 11,479. |
| DECREASE IN ACCOUNTS RECEIVABLE | | -6,685. |
| TOTAL OTHER INCREASES OR DECREASES | | 4,521. |

PARTNER NUMBER 4

**SCHEDULE K-1**          **ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS**

**GAAP**

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

**Application for Automatic Extension of Time To File Certain
Business Income Tax, Information, and Other Returns**
▶ File a separate application for each return.
▶ Go to www.irs.gov/Form7004 for instructions and the latest information.

OMB No. 1545-0233

| | Name | Identifying number |
|---|---|---|
| **Print or Type** | LAX IN-FLITE SERVICES | 47-2239367 |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) | |
| | 11 07 REDFERN AVENUE | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).) | |
| | FAR ROCKAWAY, NY  11691 | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

**Part I** | **Automatic Extension for Certain Business Income Tax, Information, and Other Returns.** See instructions.

**1** Enter the form code for the return listed below that this application is for .......... | **09**

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

**Part II** | **All Filers Must Complete This Part**

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States,
check here ................................................................................................................ ▶ ☐

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return,
check here ................................................................................................................ ▶ ☐
If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member
covered by this application.

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here .... ▶ ☐

**5a** The application is for calendar year 2019, or tax year beginning _____, and ending _____

**b** Short tax year. If this tax year is less than 12 months, check the reason: ☐ Initial return  ☐ Final return
☐ Change in accounting period  ☐ Consolidated return to be filed  ☐ Other (See instructions - attach explanation.)

**6** Tentative total tax ................................................................................................ | **6** | 0.

**7** Total payments and credits. See instructions ................................................................ | **7** |

**8** Balance due. Subtract line 7 from line 6. See instructions ................................................ | **8** |

LHA   **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**   Form **7004** (Rev. 12-2018)

919741 04-01-19

## LAX IN-FLITE SERVICES LLC

### FINANCIAL STATEMENTS
### AND SUPPLEMENTARY INFORMATION

### DECEMBER 31, 2018 AND 2017



# LAX IN-FLITE SERVICES LLC

---

## CONTENTS

|  | PAGE |
|---|---|
| **ACCOUNTANT'S COMPILATION REPORT** | 1 |
| | |
| **FINANCIAL STATEMENTS:** | |
| Balance Sheets | 2 |
| Statements of Operations and Members' (Deficiency) Equity | 3 |
| | |
| **SUPPLEMENTARY INFORMATION:** | |
| Schedules of Cost of Services Provided | 4 |
| Schedules of Operating Expenses | 5 |



## ACCOUNTANT'S COMPILATION REPORT

To the members
LAX In-flite Services LLC
1107 Redfern Avenue
Far Rockaway, NY

Management is responsible for the accompanying financial statements of LAX In-flite Services LLC (the "Company"), which comprise the balance sheets as of December 31, 2018 and 2017, and the related statements of operations and members' (deficiency) equity for the years then ended in accordance with accounting principles generally accepted in the United States of America. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. We did not audit or review the financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these financial statements.

Management has elected to omit substantially all of the disclosures and the statement of cash flows required by accounting principles generally accepted in the United States of America. If the omitted disclosures and the statement of cash flows were included in the financial statements, they might influence the user's conclusions about the Company's financial position, results of operations, and cash flows. Accordingly, the financial statements are not designed for those who are not informed about such matters.

The supplementary information contained on pages 4 and 5 is presented for purposes of additional analysis and is not a required part of the basic financial statements. Such information is the representation of management. The information was subject to our compilation engagement. We have not audited or reviewed the supplementary information and do not express an opinion, a conclusion, nor provide any assurance on such information.

The accompanying financial statements have been prepared assuming that the Company will continue as a going concern. The Company has suffered consecutive losses from operations, has a significant net members' deficiency, and management has stated that substantial doubt exists about the Company's ability to continue as a going concern. The financial statements do not include any adjustments that might result from the outcome of this uncertainty.

*KWM CPAs LLP*

KWM CPAs LLP

June 21, 2019
Jericho, New York

# LAX IN-FLITE SERVICES LLC

## BALANCE SHEETS
## AS AT DECEMBER 31,

### ASSETS

|  | 2018 | 2017 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash | $  269,840 | $  189,056 |
| Accounts receivable, net of allowance for doubtful accounts of $80,000 | 1,114,334 | 1,231,001 |
| Prepaid expenses and other current assets | 11,963 | 1,086 |
| **TOTAL CURRENT ASSETS** | 1,396,137 | 1,421,143 |
| | | |
| **PROPERTY, PLANT AND EQUIPMENT,** at cost, less accumulated depreciation of $1,086,598 in 2018 and $1,020,671 in 2017 | 381,758 | 260,398 |
| | | |
| **INTANGIBLE ASSETS** at cost, less accumulated amortization of $17,206 in 2018 and $3,658 in 2017 | 19,369 | 32,917 |
| | | |
| **OTHER ASSETS** | | |
| Security deposit | 15,189 | 15,189 |
| | | |
| **TOTAL ASSETS** | $  1,812,453 | $  1,729,647 |

### LIABILITIES AND MEMBERS' (DEFICIENCY) EQUITY

|  | 2018 | 2017 |
|---|---|---|
| **CURRENT LIABILITIES** | | |
| Accounts payable and accrued liabilities | $  1,961,574 | $  468,383 |
| Note payable | - | 34,500 |
| **TOTAL CURRENT LIABILITIES** | 1,961,574 | 502,883 |
| | | |
| **LONG-TERM LIABILITIES** | | |
| Notes payable-members | 1,930,844 | 654,722 |
| | | |
| **TOTAL LIABILITIES** | 3,892,418 | 1,157,605 |
| | | |
| **MEMBERS' (DEFICIENCY) EQUITY** | (2,079,965) | 572,042 |
| | | |
| **TOTAL LIABILITIES AND MEMBERS' (DEFICIENCY) EQUITY** | $  1,812,453 | $  1,729,647 |

See accountant's compilation report.

- 2 -

## LAX IN-FLITE SERVICES LLC

### STATEMENTS OF OPERATIONS AND MEMBERS' (DEFICIENCY) EQUITY
### FOR THE YEARS ENDED DECEMBER 31,

|  | 2018 | 2017 |
|---|---|---|
| NET REVENUE | $ 10,694,399 | $ 9,823,976 |
| COST OF SERVICES PROVIDED | 11,791,599 | 9,255,324 |
| GROSS PROFIT | (1,097,200) | 568,652 |
| OPERATING EXPENSES | 977,532 | 953,325 |
| LOSS FROM OPERATIONS | (2,074,732) | (384,673) |
| OTHER EXPENSES | | |
| Provision for bad debts | - | 80,000 |
| Interest expense and financing costs | 114,771 | - |
| Legal settlement | 450,000 | 100,000 |
| TOTAL OTHER EXPENSES | 564,771 | 180,000 |
| LOSS BEFORE PROVISION FOR STATE INCOME TAXES | (2,639,503) | (564,673) |
| PROVISION FOR STATE INCOME TAXES | 12,504 | 16,476 |
| NET LOSS | (2,652,007) | (581,149) |
| MEMBERS' EQUITY - BEGINNING | 572,042 | 1,153,191 |
| MEMBERS' (DEFICIENCY) EQUITY - ENDING | $ (2,079,965) | $ 572,042 |

See accountant's compilation report.

# LAX IN-FLITE SERVICES LLC

## SCHEDULES OF COST OF SERVICES PROVIDED
## FOR THE YEARS ENDED DECEMBER 31,

|                                                  | 2018           | 2017          |
|--------------------------------------------------|----------------|---------------|
| Wages and subcontracting                         | $  6,521,033   | $  4,818,219  |
| Employment taxes                                 | 588,558        | 466,763       |
| Employee benefits and other related costs        | 1,096,994      | 679,121       |
|                                                  |                |               |
| Total wages and other employment costs           | 8,206,585      | 5,964,103     |
|                                                  |                |               |
| Repairs and maintenance                          | 565.235        | 610,399       |
| Supplies and uniforms                            | 1,023,967      | 935,337       |
| Truck and auto expenses                          | 275,104        | 136,251       |
| Equipment rental                                 | 205,988        | 174,525       |
| Rent expense                                     | 272,326        | 268,949       |
| Depreciation and amortization expense            | 83,134         | 127,289       |
| Property taxes                                   | 55,787         | 27,275        |
| Utilities                                        | 1,023,843      | 908,648       |
| Insurance                                        | 79,630         | 102,548       |
|                                                  |                |               |
| TOTAL COST OF SERVICES PROVIDED                  | $ 11,791,599   | $  9,255,324  |

See accountant's compilation report.

- 4 -

## LAX IN-FLITE SERVICES LLC

### SCHEDULES OF OPERATING EXPENSES
### FOR THE YEARS ENDED DECEMBER 31,

|                                    | 2018    | 2017    |
|------------------------------------|---------|---------|
| Executive compensation             | $ 209,600 | $ 291,661 |
| Office salaries and wages          | 208,491 | 143,751 |
| Payroll taxes                      | 18,764  | 12,938  |
| Telephone                          | 27,801  | 27,521  |
| Office supplies and expense        | 60,697  | 48,417  |
| Postage                            | 5,330   | 2,395   |
| Travel, meals and entertainment    | 154,550 | 238,857 |
| Professional fees                  | 265,453 | 141,283 |
| Outside services                   | 3,437   | 22,940  |
| Dues and subscriptions             | 2,658   | 706     |
| Fees, licenses and business taxes  | 20,751  | 22,856  |
| **TOTAL OPERATING EXPENSES**       | $ 977,532 | $ 953,325 |

See accountant's compilation report.

- 5 -

LAX Inflite - 1
Balance Sheet
December 4, 202(

| | | |
|---|---|---|
| **Current Assets** | | |
| Bank of America Operating | $ | 16,231.80 |
| Bank of America Payroll | | (4,548.89) |
| Signature Bank MMA LAX | | 970.41 |
| Refundable Deposits Royal | | 72,349.38 |
| Accounts Receivable Royal | | 245,685.31 |
| **Total Current Assets** | | 330,688.01 |
| | | |
| **Property and Equipment** | | |
| Factory Equip - L&E | | 784,452.41 |
| A/D - Factory Equip - L&E | | (1,040,953.51) |
| Machinery & Equipment | | 223,516.59 |
| Machinery & Equipment L&E | | 11,595.89 |
| Machinery & Equipment Royal | | 440,944.43 |
| Computer software | | 36,575.00 |
| A/A - software | | (29,398.00) |
| Leasehold Improvements Royal | | 37,900.00 |
| **Total Property and Equipment** | | 464,632.81 |
| | | |
| **Other Assets** | | |
| **Total Other Assets** | | 0.00 |
| | | |
| **Total Assets** | $ | 795,320.82 |

Unaudited - For Management Purposes Only

12/7/2020 at 10:41 AM

LAX Inflite - 1
Balance Sheet
December 4, 2020

## LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| Current Liabilities | | |
| PPP | $ | 1,491,670.00 |
| Accounts Payable Vendors | | 1,461,561.73 |
| A/P adjust | | 5,736.24 |
| Accrued Legal Settlement | | 462,000.00 |
| Garnishment-L&E | | 167.10 |
| Garnishment - Royal | | 392.65 |
| FUTA Payable | | 79.56 |
| CAPITAL LOAN | | (31,970.86) |
| Construction | | (15,786.56) |
| CREDIT LOAN | | 42,583.21 |
| | | |
| Total Current Liabilities | | 3,416,433.07 |
| Long-Term Liabilities | | |
| Advances Royal | | 113,410.86 |
| Due to Elite NY-SFO | | 12,710.77 |
| Due to Elite Linen NY | | 858,831.59 |
| Loan to LAX In-Flite-NY | | 944,444.49 |
| Loan to LAX In-Flite (GG&K) | | 1,022,025.27 |
| Loan To Lax In-Flite (K) | | 215,000.00 |
| Loan To LAX In-Flite (L&E) | | 77,670.50 |
| Loan LAX In-Flite (Royal) | | 190,935.96 |
| Due to/from Elite GG&K | | 389,086.06 |
| Total Long-Term Liabilities | | 3,824,115.50 |
| Total Liabilities | | 7,240,548.57 |
| Capital | | |
| Capital-GG&K | | 59,826.20 |
| Capital - L&E | | 97,139.61 |
| Beginning Equity | | (4,227,220.29) |
| Net (Loss) Income | | (2,374,973.27) |
| Total Capital | | (6,445,227.75) |
| | | |
| Total Liabilities & Capital | $ | 795,320.82 |

Unaudited - For Management Purposes Only

12/7/2020 at 10:41 AM